# EXHIBIT C

**1945 Navy Documents er: *USS Turner***

REPRODUCED AT THE NATIONAL ARCHIVES

OFFICE OF THE

SUPERVISOR OF SHIPBUILDING, U. S. NAVY

BATH, MAINE

REFER TO NO.

SupShip, Bath
DD834/S8(ME)
Serial 7366

AMB:hsl

9 June 1945

To:     President, Board of Inspection and Survey.

Subj:   USS TURNER (DD834) - Official Dock Trials and Inspection.

Ref:    (a) SupShip, N.Y. ltr. DD692Cl/S1-7(40092-M2) of 25 May 1945.
        (b) Naval Inspectors Machinery Manual, 1939, Page 147.
        (c) Pres. Bd. I. & S. ltr. FS/S8(1314-S) of 16 April 1942.

1.      In accordance with references (b) and (c), this office certifies
the following:

(a)     Certificate as to Completeness of Machinery.
        It is reported that the machinery, including engines, boilers,
appurtenances, and spare parts for the USS TURNER (DD834), is complete
in accordance with the contract drawings, specifications and authorized
changes therein, except as noted on the work list (cards) furnished the
Board.

(b)     Certificate as to Condition of Machinery.
        It is hereby reported that the machinery of the subject vessel
including engines, boilers, appurtenances, and spare parts, is strong
and well-built and in strict accordance with drawings, specifications,
and duly authorized changes therein, except for those listed on the
work list (cards) furnished the Board.

(c)     Certificate Regarding Calibration of Gauges.
        It is certified that the gauges installed in the subject vessel
have been calibrated and found to be within the limits prescribed in the
specifications.

(d)     Certificate Regarding Setting of Safety Valves.
        It is certified that the boiler safety valves of the subject
vessel have been satisfactorily tested.

(e)     Certificate Regarding Tests and Adjustments of Relief and
        Regulating Valves, Governors, Overspeed Trips and Speed-
        limiting Devices.
        It is reported that relief and regulating valves, governor
and overspeed trips and speed limiting devices installed on the
subject vessel have been tested and found to be in accordance with
approved plans and specifications.

6130473

DD 834/S8

REPRODUCED AT THE NATIONAL ARCHIVES

SupShip, Bath
DD834/S8(ME)
Serial 7366                    9 June 1945              AMB:hsl
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

(f)    Certificate Regarding Test of Refrigerating Plant.
       It is hereby reported that the refrigerating plant installed
in the subject vessel has been tested and found to be in accordance
with specification requirements.

(g)    Certificate Regarding Tests of Main and Emergency Generators.
       It is reported that the dock trial test of the 450 K.W.
Generators and the 100 K.W. Diesel generators have been completed and
found to be in accordance with specifications and plans.

(h)    Certificate Regarding Navigational Items.
       It is reported that all items of Navigational materials
furnished this plant for installation on the subject vessel have been
installed and tested and found to be in accordance with specification
requirements.

(i)    The Synopsis of Machinery and Hull Data, for the subject vessel,
was forwarded to the Board of Inspection and Survey by reference (a).


                                        R. S. HITCHCOCK


                        6130473



CC:  BuShips (2 copies) w/1 carbon-back
     PCO, USS TURNER (DD834)

REPRODUCED AT THE NATIONAL ARCHIVES

NAVY DEPARTMENT
BUREAU of Ships
(Revised 9-1-41)
C-B&S—277-III

(Fill in with India ink for blueprinting)

# HULL DATA

When and where built  1945 · BATH IRON WORKS CORP. BATH, ME.

Material  STEEL

Draft, designed  Forward  13 feet  16 inches   Mean  13 feet  1 1/8 inches
              Aft  13 feet  1 7/8 inches

Displacement on designed draft  3040 tons

Displacement per inch on D.W.L.  29.00 tons

Length between perpendiculars  383 feet  0 inches

Length over all  390 feet  6 inches

Length on D.W.L.  383 feet  0 inches

Beam, extreme ⑳  41 feet  1 1/2 inches

Beam, on D.W.L.  40 feet  9 1/2 inches

Beam, molded  40 feet  10 3/8 inches

At designed draft  Area, immersed ⑳  425 sq. ft.
                Area, D.W.L. plane  11,800 sq. ft.
                Wetted surface  18,720 sq. ft.

⑳ MAXIMUM BEAM ON D.W.L.

Design block coefficient  0.5216

Design D.W.L. coefficient  0.7572

Design ⑳ coefficient  0.8175

Capacity of  _____ tons
  (35 cubic feet=one ton)

Capacity of fuel oil compartments  135.39 tons
  (35 cubic feet=one ton)

Capacity of Diesel oil compartments  4.65 tons
  (41.5 cubic feet=one ton)

Capacity of engine room feed tanks, each  2.71 tons
  (36 cubic feet=one ton)

Capacity of reserve feed water compartments  71.07 tons
  (36 cubic feet=one ton)

Hull Model No.  _____

Capacity of Fresh Water Tanks (36 cu.ft/ton)  67.23 tons

Capacity of Ballast Tanks (35 cu.ft/ton)  373.44 tons

Capacity of Peak Ballast Tanks (35 cu.ft/ton)  20.29 tons

Capacity of F.O. Separating Tanks (37 cu.ft/ton)  4.66 tons

Entered by  M.G.S.

Checked by

U.S.S.  DD534

# MACHINERY DIAGRAM

Showing location of main propelling machinery with steam pipe connections, main condensers, boilers, generators, pumps, and other auxiliaries.  (When engine rooms are arranged starboard and port and are similar, starboard engine room will suffice.)  See the following sheet(s).



RECEIVED
28 MAY 1945
OFFICE OF
SUPV. OF SHIPBLD'G
U.S. NAVY
B.I.W. CORP., BATH, ME.

# PROPELLER DATA

Number  2   Type { Solid.   Material CAST. ST.   No. of blades each  2.   Rotation: Stbd. R.H. Port L.H.

Propellers on vessel at time of trial,   BuShips Dr. No. DD534: 34449-1   BuShips Serial Nos.: Stbd. 7124 Port 7127.

Design S.H.P., total  60,000   Pitch, measured or as set  12 ft.  7 in.   Area, disc  117.86 sq. ft.

Design r.p.m.  350   Ratio pitch to diameter (as set)  1.027   Prol. A / Disc A  0.582

Design speed, knots  _____   Area, projected  60.46 sq. ft.   Mean width ratio  0.460

Diameter  12 ft.  3 in.   Area, developed  68.49 sq. ft.   Blade thickness fraction  0.040

Pitch, designed  12 ft.  7 in.   Height of lower tip of blade above below keel  55 1/2 inches.   Minimum tip clearance to hull  22 inches.

Pitch, adjustable from  _____

to  _____   Immersion of center line of hub at design trial draft  11.583 feet.   Minimum clearance, leading edge to strut  _____ inches.

Synopsis Sheet "B"

REPRODUCED AT THE NATIONAL ARCHIVES

NAVY DEPARTMENT
BUREAU OF ENGINEERING
N. Eng. 77.—Revised June 1, 1927

(Fill in with India Ink for blueprinting)

## MAIN TURBINE DATA

Manufacturer GENERAL ELECTRIC CO.  Number of units 2
H. P. per shaft 30,000  Total S. H. P. (ship) 60,000

| | H. P. (300 R.P.M. at prop) | L. P. | L. P. (300 R.P.M. at prop Green at prop) | Cruising (Green at prop) | Astern element (Astern at prop) |
|---|---|---|---|---|---|
| Designed S. H. P. | 14,600 | | 15,400 | 1000 | 6,000 |
| R. p. m. | 5686 | | 4,788 | 4557 | 2,695 |
| Type | IMPULSE | | IMPULSE | IMPULSE | IMPULSE |
| Flow (single or double) | SINGLE | | DOUBLE | SINGLE | SINGLE |
| Steam pressure, pounds per square inch gage | 525 | | 5LB ABS | 525 | 525 |
| Steam temperature, degrees F. | 525 | | 387 | 525 | 475 |
| Length between bearings | 6'-1⅝" | | 8'-3½" | | |
| Bearings Number | 2 | | 2 | 1 | |
| Bearings Length, inches | 5 | | 5¾ | 5 | |
| Bearings Diameter, inches | FWD 5; AFT 6 | | 7 | 5 | |

| Stage or Exp. No. | MAIN BLADE DIAMETER (Inches) (THEORETICAL PITCH DIAMETER.) | | | | |
|---|---|---|---|---|---|
| | H. P. | L. P. | L. P. | Cruising | Astern element |
| 1 | 1st ROW: 50.020 / 2nd ROW: 50.060 | | 33.150 | 1st ROW 20.010 2nd ROW 20.127 | 1st ROW 34.900 2nd ROW 38.100 |
| 2 | 25.010 | | 33.330 | 15.978 | |
| 3 | 25.110 | | 33.799 | 16.052 | |
| 4 | 25.780 | | 39.400 | 16.125 | |
| 5 | 25.920 | | 40.400 | 16.213 | |
| 6 | 26.535 | | 41.500 | 16.270 | |
| 7 | 26.725 | | | 16.383 | |
| 8 | 27.025 | | | 16.466 | |
| 9 | 27.355 | | | | |
| 10 | 27.675 | | | | |
| 11 | 28.055 | | | | |
| 12 | 28.555 | | 4 | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |

Synopsis Sheet "D"

Entered by M.G.S.  Checked by  U. S. S. ___ DD834

REPRODUCED AT THE NATIONAL ARCHIVES

NAVY DEPARTMENT
BUREAU OF ENGINEERING
N. Eng. 77.—Revised June 1, 1927

(Fill in with india ink for blueprinting)

## REDUCTION GEARS

Manufacturer __DE LAVAL__          Type MAIN: __CRUISING- SINGLE  REDUCTION.__
__DOUBLE  REDUCTION__

Entered by M.G.S.
Checked by

| | MAIN AT 280 R.P.M. OF PROP. | | | | | | CRUISING AT 104 R.P.M. OF PROP | |
|---|---|---|---|---|---|---|---|---|
| | FIRST REDUCTION PINION | | | First reduction gear | Second reduction pinion | Second reduction gear | Pinion | Gear |
| | H. P. | L. P. | L. P. | | | | | |
| R. p. m. | 5686 | | 4788 | 2219 | 2219 | 350 | 4857 | 1729 |
| Pitch diameter, inches | 9.600 | | 11.400 | 24.600 | 15.765 | 87.265 | 7.575 | 13.125 |
| Face width, inches | 22.051 | | 22.051 | 22.051 | 24.093 | 24.093 | 10.000 | 10.000 |
| Bearings — Number | 2 | | 2 | 6 | 8 | 2 | 2 | 2 |
| Bearings — Length, inches | 5 | | 5 | 5¾ | 9 | FWD-16 AFT-20 | 4 | 4 |
| Bearings — Diameter, inches | 5½ | | 5½ | 9½ | 9½ | 16½ | 3½ | 4 |

## SHAFTING AND BEARINGS.

| | LINE SHAFT STBD. PORT | | STERN TUBE SHAFT | PROPELLER SHAFT | | |
|---|---|---|---|---|---|---|
| Bearings — Number | 6 | 1 | 2 | 2 | | |
| Bearings — Length, inches | 16 | | FWD 46, AFT 56 | FWD 36, AFT 68 | | |
| Bearings — Diameter, inches | 15⅛ | | 17⅜ | 18 | | |
| Shaft — Length—feet, inches - one of each length listed | 24'-10⅝"25'-3½" 26'-2"25'-8"27'-6⅜" 33'-4¾"19'-3" | 14'-5" | 42'-7" | 52'-5¾" | | |
| Shaft — Diameter, inches | 15¾ | | 16 | 16½ | | |
| Shaft — Bore, inches | 10¾ | | 10¾ | 11¼ | | |
| Shaft — Material | "AN" FORGING | | "AN" FORGING | "AN" FORGING | | |
| Shaft — Type of covering | | | RUBBER COVERING | 2 COATS RED LEAD & HULL PRESERVATIVE | | |

| THRUST BEARING | H. P. TURBINE | L. P. TURBINE | CRUISING TURBINE | PROPELLER |
|---|---|---|---|---|
| Manufacturer | KINGSBURY | KINGSBURY | KINGSBURY | KINGSBURY |
| Thrust collar diameter, inches | 9⅛ | 9⅛ | 6⅝ | 28¼ |
| Shoes, number, ahead | 6 | 6 | 6 | 6 |
| Shoes, number, astern | 6 | 6 | 6 | 6 |

## SHAFT CALIBRATION DATA

| SHAFT NUMBER | AHEAD | | | | ASTERN | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 |
| Length[1] of shaft calibrated—feet, inches | | | | | | | | |
| Foot-pounds for 1-inch torque on _____ inch radius | | | | | | | | |
| Length of shaft which torsion meter records—feet, inch | | | | | | | | |
| Torsion meter constants (mechanical) | | | | | | | | |
| Transformer ratio | | | | | | | | |
| Over-all constant | | | | | | | | |

[1] Does not include thickness of couplings.

U. S. S. _____ DD834

Synopsis Sheet "F"

REPRODUCED AT THE NATIONAL ARCHIVES

NAVY DEPARTMENT
BUREAU OF ENGINEERING
N. Eng. 77.—Revised June 1, 1927

(Fill in with India Ink for blueprinting)

## BOILER DATA

Designed maximum combustion rates (full power):

Number and type  4 EXPRESS TYPE, 3 DRUM, AIR ENCASED, DIVIDED FURNACE, SINGLE UPTAKE, OIL FIRED

| | Sat. side | Super-heater side | Average |
|---|---|---|---|
| Manufacturer  BABCOCK & WILCOX CO. | Lbs. of oil per sq. ft. total heating surface (EXCLUSIVE OF ECONOMIZER) | 1.32 | 2.50 | 1.65 |
| Pressure, designed  634  pounds | Lbs. of oil per sq. ft. radiant heat absorbing surface | 39.92 | 31.65 | 35.85 |
| Pressure, superheater outlet  565  pounds | | | | |
| Pressure, test  951  pounds | Lbs. of oil per cu. ft. furnace volume | 17.88 | 14.75 | 16.38 |
| Temperature, superheater outlet  650  degrees F. | | | | |

All pressures are gage pressures.

| BOILER | VOLUME OF FURNACE | BURNERS | | SURFACE (Square feet) | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | | Number of | Type of | Generating | Superheating | Economizer | Air preheating | |
| One boiler (A) | 569 | 7 | TODD MECH. ATOM | 4,617 | 1,025 | 3,906 | | 9,548 |
| All boilers (A) | 2276 | 28 | TODD MECH. ATOM | 18,468 | 4,100 | 15,624 | | 38,192 |
| One boiler (B) | | | | | | | | |
| All boilers (B) | | | | | | | | |
| Total all boilers | | | | | | | | |

(A) and (B) refer to boilers of different class. If ship has but one class boiler, fill in (A) only.

## BOILER TUBES

| | NUMBER (Each) | OUTSIDE DIAM. (Ins.) | THICKNESS (Mils.) | REMARKS |
|---|---|---|---|---|
| Generating { | 127 | 2 | 134 | |
| | 1266 | 1 | 85 | |
| Stud tube division wall | 26 | 2 | 134 | |
| Water cooled side wall | 26 | 2 | 134 | |
| Superheating | 282 | 1 | 109 | U-TUBES |
| Economizer | 62 | 2" | 165 | U-TUBES |
| Superheater support | 2 | 3¼ | 250 | |
| Downcomer | 19 | 4½ | 280 | |
| Drum support | 4 | 5¾ | 250 | |

Kind of forced draft  OPEN FIRE ROOM ; smoke pipes, height above furnace floor, feet FWD 55'-6" ; AFT 53'-6" (heron)

| Area of smoke pipes  PER BOILER | 1 | 18.1 | square feet | Pounds oil burned per hour (full power) (each group) | 1 | 515 |
|---|---|---|---|---|---|---|
| | 2 | 18.1 | square feet | | 2 | 515 |
| | 3 | 18.1 | square feet | Area connected smoke pipe | 3 | 515 |
| | 4 | 18.1 | square feet | | 4 | 515 |

¹ Forward.
² After.

Synopsis Sheet "G"

U. S. S.  DD834

Entered by  M.G.S.
Checked by

REPRODUCED AT THE NATIONAL ARCHIVES

NAVY DEPARTMENT
BUREAU OF ENGINEERING
N. Eng. 77.—Revised June 1, 1937          (Fill in with india ink for blueprinting)

## DATA OF PUMPS, BLOWERS, AND COMPRESSORS

| Name of unit | MAIN CONDENSATE PUMP | | | AUX. CONDENSATE PUMP | | |
|---|---|---|---|---|---|---|
| | Driven Unit | Reduction Unit | Driving Unit | Driven Unit | Reduction Unit | Driving Unit |
| Number | 4 | 4 | 4 | 2 | | 2 |
| Location | TWO IN EACH ENGINE ROOM | | | ONE IN EACH ENGINE ROOM | | |
| Type | CENTRIFUGAL | WORM GEAR | TURBINE | CENTRIFUGAL | DIRECT CONNECTED | MOTOR |
| Number of stages | 2 | | 1 | 2 | | ELECTRO DYNAMIC |
| Manufacturer | DE LAVAL | | | DE LAVAL | | |
| R. p. m. or d. s. | 1150 | | 5534 | 3500 | | 3500 |
| Capacity G.P.M. | 325 | | | 75 | | |
| Discharge pressure | 56.5 P.S.I. | | | 62 P.S.I. | | |
| Designed submergence | 12" | | | 30" | | |
| Designed suction conditions | 13.5 P.S.I. SUCT LIFT | | | 13 P.S.I. SUCT LIFT | | |
| Vertical or horizontal | VERTICAL | | HORIZONTAL | VERTICAL | | VERTICAL |
| Gear ratio | | 1 TO 4¾ | | | | |
| Governor | | | SPEED LIMITING | | | |
| Protection | | | | | | |
| Horsepower | | | 72.85 | 3.12 | | 4 |
| Voltage | | | | | | 440 |
| Current | | | | | | 60 CYCLE 3 PH. A.C. TOTAL ENCLOSED |
| Degree of motor enclosure | | | | | | |

| Name of unit | MAIN COND. CIRCULATING PUMP | | | AUX. COND. CIRCULATING PUMP | | |
|---|---|---|---|---|---|---|
| | Driven Unit | Reduction Unit | Driving Unit | Driven Unit | Reduction Unit | Driving Unit |
| Number | 2 | 2 | 2 | 2 | | 2 |
| Location | ONE IN EACH ENGINE ROOM | | | ONE IN EACH ENGINE ROOM | | |
| Type | PROPELLER | HELICAL GEAR | TURBINE | CENTRIFUGAL | DIRECT CONNECTED | TWO SPEED MOTOR |
| Number of stages | 1 | | 1 | 1 | | |
| Manufacturer | WARREN | WESTINGHOUSE | WESTINGHOUSE | BUFFALO | | WESTINGHOUSE |
| R. p. m. or d. s. | 840 | | 4445 | 1150 | | 1165/855* |
| Capacity G.P.M. | 26,500 | | | 875 | | |
| Discharge pressure | 12.5 P.S.I. TOTAL HEAD | | | 10 P.S.I. | | |
| Designed submergence | | | | 4 FT. | | |
| Designed suction conditions | 8"HG SUCT LIFT | | | | | |
| Vertical or horizontal | VERTICAL | | | HORIZONTAL | | HORIZONTAL |
| Gear ratio | | 1 TO 4 45/80 | | | | |
| Governor | | | SPEED LIMITING | | | |
| Protection | | | | | | |
| Horsepower | 300 | | 346 | 6.30 | | 7.7/4.5 |
| Voltage | | | | | | 440 |
| Current | | | | | | 60 CYCLE 3 PH. A.C. TOTALLY ENCLOSED |
| Degree of motor enclosure | | | | | | |

* MOTOR R.P.M. IS GIVEN AT RATED FULL LOAD H.P.

Synopsis Sheet "H"
Sheet 1 of 2

*Right margin:* Entered by M.G.S.   Checked by   U.S.S.   DD834

REPRODUCED AT THE NATIONAL ARCHIVES

NAVY DEPARTMENT
BUREAU OF ENGINEERING
N. Eng. 77.—Revised June 1, 1937

(Fill in with India ink for blueprinting)

## DATA OF PUMPS, BLOWERS, AND COMPRESSORS

| Name of unit | MAIN FEED PUMP | | | MAIN FEED BOOSTER PUMP | | |
|---|---|---|---|---|---|---|
| | Driven Unit | Reduction Unit | Driving Unit | Driven Unit | Reduction Unit | Driving Unit |
| Number | 4 | | 4 | 4 | 4 | 4 |
| Location | TWO IN EACH ENGINE ROOM | | | TWO IN EACH ENGINE ROOM | | |
| Type | CENTRIFUGAL | DIRECT CONNECTED | TURBINE | CENTRIFUGAL | WORM GEAR | TURBINE |
| Number of stages | 2 | | 1-2ROW VEL. | 1 | | 1 |
| Manufacturer | DE LAVAL | | DE LAVAL | 1145 | DE LAVAL | 5534 |
| R. p. m. or d. s. | 5220 | | 5220 | 1145 | | 5534 |
| Capacity G.P.M. | 425 | | | 455 | | |
| Discharge pressure | 750 P.S.I. | | | 50 P.S.I. | | |
| Designed submergence | | | | 7 FT. MIN. 12 FT. MAX. | | |
| Designed suction conditions | 25 P.S.I. | | | 15 P.S.I. | | |
| Vertical or horizontal | HORIZONTAL | | HORIZONTAL | VERTICAL | | HORIZONTAL |
| Gear ratio | | | | | 1 TO 4⅞ | |
| Governor | CONSTANT PRESSURE | | SPEED LIMITING | | | SPEED LIMITING |
| Protection | | | | | | |
| Horsepower | | | 290 | | | 14.95 |
| Voltage | | | | | | |
| Current | | | | | | |
| Degree of motor enclosure | | | | | | |

| Name of unit | AUX. FEED BOOSTER PUMP | | | MAIN FUEL OIL SERVICE PUMP | | |
|---|---|---|---|---|---|---|
| | Driven Unit | Reduction Unit | Driving Unit | Driven Unit | Reduction Unit | Driving Unit |
| Number | 2 | | 2 | 4 | 4 | 4 |
| Location | ONE IN EACH ENGINE ROOM | | | TWO IN EACH FIRE ROOM | | |
| Type | CENTRIFUGAL | DIRECT CONNECTED | MOTOR | POS. DISPL. ROTARY | WORM GEAR | TURBINE |
| Number of stages | 1 | | | | DE LAVAL | 1 |
| Manufacturer | DE LAVAL | | ELECTRO-DYNAMIC | 573 | | 5014 |
| R. p. m. or d. s. | 3500 | | 3500 | 573 | | 5014 |
| Capacity G.P.M. | 25 | | | 50 | | |
| Discharge pressure | 55 P.S.I. | | | 350 P.S.I. | | |
| Designed submergence | 7 FT. MIN. 12 FT. MAX. | | | | | |
| Designed suction conditions | 15 P.S.I. | | | 195" Hg. | | |
| Vertical or horizontal | VERTICAL | | VERTICAL | VERTICAL | | HORIZONTAL |
| Gear ratio | | | | | 1 TO 8¼ | |
| Governor | | | | CONSTANT PRESSURE | | SPEED LIMITING |
| Protection | | | | | | |
| Horsepower | 1.94 | | 2.75 | | | 14.4 |
| Voltage | | | 440 | | | |
| Current | | | 60 CYCLE 3 PH. A.C. TOTALLY ENCLOSED | | | |
| Degree of motor enclosure | | | | | | |

Checked by M.G.B.
Tested by M.G.B.
U. S. S. DD834

REPRODUCED AT THE NATIONAL ARCHIVES

NAVY DEPARTMENT
BUREAU OF ENGINEERING
N. Eng. 77.—Revised June 1, 1927

(Fill in with India ink for blueprinting)

## DATA OF PUMPS, BLOWERS, AND COMPRESSORS

| Name of unit | FUEL OIL BOOSTER PUMP | | | MAIN LUBRICATING OIL PUMP | | |
|---|---|---|---|---|---|---|
| | Driven Unit | Reduction Unit | Driving Unit | Driven Unit | Reduction Unit | Driving Unit |
| Number | 2 | 2 | 2 | 4 | 4 | 4 |
| Location | ONE IN EACH FIRE ROOM | | | TWO IN EACH ENGINE ROOM |  |  |
| Type | POS. DISPL. ROTARY | WORM GEAR | TURBINE | POS. DISPL. ROTARY | WORM GEAR | TURBINE |
| Number of stages | | DE LAVAL | 1 | | DE LAVAL | 1 |
| Manufacturer | ← | | | ← | | |
| R. p. m. or d. s. | 355 | | 5505 | 1085 | | 5244 |
| Capacity G.P.M. | 100 | | | 600 | | |
| Discharge pressure | 100 P.S.I. | | | 30 P.S.I. | | |
| Designed submergence | | | | | | |
| Designed suction conditions | 25 IN. SUCT. LIFT | | | 10" Hg. SUCT. LIFT | | |
| Vertical or horizontal | VERTICAL | | HORIZONTAL | VERTICAL | | HORIZONTAL |
| Gear ratio | | 1 TO 15½ | | | 1 TO 4¾ | |
| Governor | | | SPEED LIMITING | | CONSTANT PRESSURE | SPEED LIMITING |
| Protection | | | | | | |
| Horsepower | | | 11.0 | | | 21.1 |
| Voltage | | | | | | |
| Current | | | | | | |
| Degree of motor enclosure | | | | | | |

| Name of unit | 6"-9"-12" FIRE & BILGE PUMP | | | 2"-6½"-16" EMERGENCY FEED PUMP | | |
|---|---|---|---|---|---|---|
| | Driven Unit | Reduction Unit | Driving Unit | Driven Unit | Reduction Unit | Driving Unit |
| Number | 4 | | 4 | 2 | | 2 |
| Location | ONE IN EACH FIRE & ENGINE ROOM | | | ONE IN EACH ENGINE ROOM | | |
| Type | SINGLE CYL. DBLE ACTING | DIRECT ACTING | SINGLE CYL. DBLE ACTING | SINGLE CYL. DBLE ACTING | DIRECT ACTING | SINGLE CYL. DBLE ACTING |
| Number of stages | | | | | | |
| Manufacturer | ← | WARREN | → | ← | WARREN | → |
| R. p. m. or d. s. | 32 | | | 29.4 | | |
| Capacity | 200 | | | 120 | | |
| Discharge pressure | 100 P.S.I. | | | 750 P.S.I. | | |
| Designed submergence | | | | | | |
| Designed suction conditions | FIRE 25FT.LIFT BILGE 12½FT.LIFT | | | 35 P.S.I. | | |
| Vertical or horizontal | VERTICAL | | VERTICAL | VERTICAL | | VERTICAL |
| Gear ratio | | | | | | |
| Governor | | | | | | |
| Protection | | | | | | |
| Horsepower | | | | | | |
| Voltage | | | | | | |
| Current | | | | | | |
| Degree of motor enclosure | | | | | | |

Entered by M.G.S.
Checked by

U. S. S.   DD234

Synopsis Sheet "H"
Sheet 3 of 9

REPRODUCED AT THE NATIONAL ARCHIVES

NAVY DEPARTMENT
BUREAU OF ENGINEERING
N. Eng. 77.—Revised June 1, 1937

(Fill in with India Ink for blueprinting)

## DATA OF PUMPS, BLOWERS, AND COMPRESSORS

Entered by ........ Checked by ........

U. S. S. DD934

| Name of unit | FIRE & FLUSHING PUMP | | | FRESH WATER PUMP | | |
|---|---|---|---|---|---|---|
| | DRIVEN UNIT | REDUCTION UNIT | DRIVING UNIT | DRIVEN UNIT | REDUCTION UNIT | DRIVING UNIT |
| Number | 2 | | 2 | 2 | | 2 |
| Location | ONE IN EACH ENGINE ROOM | | | ONE IN EACH ENGINE ROOM | | |
| Type | CENTRIFUGAL | DIRECT CONNECTED | MOTOR | CENTRIFUGAL | DIRECT CONNECTED | MOTOR |
| Number of stages | 1 | | | 1 | | |
| Manufacturer | BUFFALO | | WESTINGHOUSE | WARREN | | GEN. ELEC |
| R. p. m. or d. s. | 3500 | | 3535* | 1750 | | 1755* |
| Capacity G.P.M. | 250 | | | 60 | | |
| Discharge pressure | 100 P.S.I. | | | 35 P.S.I. | | |
| Designed submergence | 4 FT. | | | | | |
| Designed suction conditions | | | | 7 P.S.I. LIFT SUCT. | | |
| Vertical or horizontal | HORIZONTAL | | HORIZONTAL | HORIZONTAL | | HORIZONTAL |
| Gear ratio | | | | | | |
| Governor | | | | | | |
| Protection | | | | | | |
| Horsepower | 22.1 | | 25 | 3.7 | | 6 |
| Voltage | | | 440 60 CYCLE | | | 440 60 CYCLE |
| Current | | | 3PH. A.C. | | | 3PH. A.C. |
| Degree of motor enclosure | | | TOTALLY ENCLOSED | | | TOTALLY ENCLOSED |

| Name of unit | DIESEL F.O. SERVICE PUMP | | | S.W. BOOSTER PUMP FOR EMER DIESEL GEN | | |
|---|---|---|---|---|---|---|
| | DRIVEN UNIT | REDUCTION UNIT | DRIVING UNIT | DRIVEN UNIT | REDUCTION UNIT | DRIVING UNIT |
| Number | 1 | | 1 | 1 | | 1 |
| Location | STARBOARD SHAFT ALLEY | | | PORT SHAFT ALLEY | | |
| Type | GEAR ROTARY | DIRECT CONNECTED | MOTOR | CENTRIFUGAL | DIRECT CONNECTED | MOTOR |
| Number of stages | | | | 1 | | |
| Manufacturer | NORTHERN | | GEN. ELEC. | WARREN | | ELECTRO DYNAMIC |
| R. p. m. or d. s. | 1120 | | 1120 | 1750 | | 1745* |
| Capacity G.P.M. | 10 | | | 85 | | |
| Discharge pressure | 25 P.S.I. | | | 3.35 P.S.I. | | |
| Designed submergence | | | | 4 FT. | | |
| Designed suction conditions | 15"HG. SUCT. LIFT | | | 2.25 P.S.I. | | |
| Vertical or horizontal | HORIZONTAL | | HORIZONTAL | HORIZONTAL | | HORIZONTAL |
| Gear ratio | | | | | | |
| Governor | | | | | | |
| Protection | | | | | | |
| Horsepower | 0.6 | | 0.75 | 0.9 | | 1.1 |
| Voltage | | | 440 60 CYCLE | | | 440 60 CYCLE |
| Current | | | 3PH. A.C. | | | 3PH. A.C. |
| Degree of motor enclosure | | | TOTALLY ENCLOSED | | | TOT. ENCLOSED SUBMERSIBLE |

* MOTOR R.P.M. IS GIVEN AT RATED FULL LOAD H.P.

Synopsis Sheet "H"
Sheet 4 of 8.

REPRODUCED AT THE NATIONAL ARCHIVES

NAVY DEPARTMENT
BUREAU OF ENGINEERING
N. Eng. 77.—Revised June 1, 1927

(Fill in with India Ink for blueprinting)

## DATA OF PUMPS, BLOWERS, AND COMPRESSORS

| Name of unit | FIRE PUMP - LARGE | | | FIRE PUMP - SMALL | | |
|---|---|---|---|---|---|---|
| | DRIVEN UNIT | REDUCTION UNIT | DRIVING UNIT | DRIVEN UNIT | REDUCTION UNIT | DRIVING UNIT |
| Number | 1 | | 1 | 1 | | 1 |
| Location | REFRIGERATING ROOM | | | S. D. STORES - C12A. | | |
| Type | CENTRIFUGAL | DIRECT CONNECTED | MOTOR | CENTRIFUGAL | DIRECT CONNECTED | MOTOR |
| Number of stages | 1 | | | 1 | | |
| Manufacturer | GARDNER-DENVER | | GEN. ELEC | GARDNER-DENVER | | GEN. ELEC |
| R. p. m. or d. d. | 3550 | | 3565* | 3550 | | 3550 |
| Capacity G.P.M. | 750 | | | 550 | | |
| Discharge pressure | 150 P.S.I. | | | 150 P.S.I. | | |
| Designed submergence | 4 FT. MIN. | | | 4 FT. MIN. | | |
| Designed suction conditions | | | | | | |
| Vertical or horizontal | HORIZONTAL | | HORIZONTAL | HORIZONTAL | | HORIZONTAL |
| Gear ratio | | | | | | |
| Governor | | | | | | |
| Protection | | | 100 | | | 50 |
| Horsepower | 81.2 | | | 45.5 | | |
| Voltage | | | 440 60 CYCLE 3 PH. A.C. | | | 440 60 CYCLE 3 PH. A.C. |
| Current | | | | | | |
| Degree of motor enclosure | | | DRIP-PROOF SEMI-ENCLOSED | | | DRIP-PROOF SEMI-ENCLOSED |

| Name of unit | EVAP. BRINE OVBD. DISCH. PUMP ("2000 G.P.D. PLANT") | | | DIST. COND. COLR. PUMP. 12000 G.P.D. PLANT. | | |
|---|---|---|---|---|---|---|
| | DRIVEN UNIT | REDUCTION UNIT | DRIVING UNIT | DRIVEN UNIT | REDUCTION UNIT | DRIVING UNIT |
| Number | 1 | | 1 | 1 | | 1 |
| Location | FWD. ENGINE ROOM | | | FWD. ENGINE ROOM. | | |
| Type | CENTRIFUGAL | DIRECT CONNECTED | MOTOR | CENTRIFUGAL | DIRECT CONNECTED | MOTOR |
| Number of stages | 1 | | | | | |
| Manufacturer | BUFFALO | | WESTINGHOUSE | BUFFALO | | WESTINGHOUSE |
| R. p. m. or d. s. | 3500 | | 3510* | 3500 | | 3500 |
| Capacity G.P.M. | 35 | | | 20 | | |
| Discharge pressure | 22 P.S.I. | | | 9.5 P.S.I. | | |
| Designed submergence | 3 FT. MIN. | | | 25 FT. SVEN KEEL | | |
| Designed suction conditions | 25.5 HG. SUCT LIFT | | | 12.7 P.S.I. SUCT LIFT | | |
| Vertical or horizontal | HORIZONTAL | | HORIZONTAL | HORIZONTAL | | HORIZONTAL |
| Gear ratio | | | | | | |
| Governor | | | | | | |
| Protection | | | | | | |
| Horsepower | 1.41 | | 2 | 0.498 | | 0.75 |
| Voltage | | | 440 60 CYCLE 3 PH. A.C. | | | 440 60 CYCLE 3 PH. A.C. |
| Current | | | TOTALLY ENCLOSED | | | TOTALLY ENCLOSED. |
| Degree of motor enclosure | | | | | | |

Checked by ___ M.G.S.

U. S. S. ___ DD834

Synopsis Sheet "H"

REPRODUCED AT THE NATIONAL ARCHIVES

NAVY DEPARTMENT
Bureau of Engineering
N. Eng. Tr.—Revised June 1, 1937

(Fill in with India ink for blueprinting)

## DATA OF PUMPS, BLOWERS, AND COMPRESSORS

| Name of unit | EVAP. FIRST EFFECT TUBE NEST DRAIN PUMP - 12,000 G.P.D. PLANT | | | DIST. COND. CIRC. PUMP - 12,000 G.P.D. PLANT | | |
|---|---|---|---|---|---|---|
| | DRIVEN UNIT | REDUCTION UNIT | DRIVING UNIT | DRIVEN UNIT | REDUCTION UNIT | DRIVING UNIT |
| Number | 1 | | 1 | 1 | | 1 |
| Location | FWD. ENGINE ROOM | | | FWD. ENGINE ROOM | | |
| Type | CENTRIFUGAL | DIRECT CONNECTED | MOTOR | CENTRIFUGAL | DIRECT CONNECTED | MOTOR |
| Number of stages | 1 | | | 1 | | |
| Manufacturer | BUFFALO | | WESTINGHOUSE | BUFFALO | | WESTINGHOUSE |
| R. p. m. or d. s. | 3500 | | 3510* | 1750 | | 1740* |
| Capacity G.P.M. | 10 | | | 250 | | |
| Discharge pressure | 32.7 P.S.I. | | | 13 P.S.I. | | |
| Designed submergence | 3 FT. MIN. | | | 4 FT. | | |
| Designed suction conditions | 7.4 P.S.I. ABS | | | | | |
| Vertical or horizontal | HORIZONTAL | | HORIZONTAL | HORIZONTAL | | HORIZONTAL |
| Gear ratio | | | | | | |
| Governor | | | | | | |
| Protection | | | | | | |
| Horsepower | 0.73 | | 1.07 | 2.71 | | 5. G |
| Voltage | | | 440 | | | 440 |
| Current | | | 60 CYCLE 3 PH. A.C. | | | 60 CYCLE 3 PH. A.C. |
| Degree of motor enclosure | | | TOTALLY ENCLOSED | | | TOTALLY ENCLOSED |

| Name of unit | DIST. COND. F.W. DISTRIBUTING PUMP - 12,000 G.P.D. PLANT | | | DIST. COND. CIRC. PUMP - 4000 G.P.D. PLANT | | |
|---|---|---|---|---|---|---|
| | DRIVEN UNIT | REDUCTION UNIT | DRIVING UNIT | DRIVEN UNIT | REDUCTION UNIT | DRIVING UNIT |
| Number | 1 | | 1 | 1 | | 1 |
| Location | FWD. ENGINE ROOM | | | AFT ENGINE ROOM | | |
| Type | CENTRIFUGAL | DIRECT CONNECTED | MOTOR | CENTRIFUGAL | DIRECT CONNECTED | MOTOR |
| Number of stages | 1 | | | 1 | | |
| Manufacturer | BUFFALO | | WESTINGHOUSE | BUFFALO | | DIEHL |
| R. p. m. or d. s. | 3500 | | 3490 | 1750 | | 1750 |
| Capacity G.P.M. | 25 | | | 100 | | |
| Discharge pressure | 13 P.S.I. | | | 15 P.S.I. | | |
| Designed submergence | 4 FT. MIN. | | | 4 FT. MIN. | | |
| Designed suction conditions | | | | | | |
| Vertical or horizontal | HORIZONTAL | | HORIZONTAL | HORIZONTAL | | HORIZONTAL |
| Gear ratio | | | | | | |
| Governor | | | | | | |
| Protection | | | | | | |
| Horsepower | 0.452 | | 0.67 | 1.39 | | 2 |
| Voltage | | | 440 | | | 440 |
| Current | | | 60 CYCLE 3 PH. A.C. | | | 60 CYCLE 3 PH. A.C. |
| Degree of motor enclosure | | | TOTALLY ENCLOSED | | | TOTALLY ENCLOSED |

* MOTOR RPM IS GIVEN AT RATED FULL LOAD H.P.

Synopsis Sheet "H"

Checked by M.G.S.
Entered by M.G.S.

U. S. S. DD834

REPRODUCED AT THE NATIONAL ARCHIVES

NAVY DEPARTMENT
BUREAU OF ENGINEERING
N. Eng. 77—Revised June 1, 1917

(Fill in with india ink for blueprinting)

## DATA OF PUMPS, BLOWERS, AND COMPRESSORS

Entered by M.G.S.
Checked by

| Name of unit | DIST. COND. CNTR PUMP- 4000 G.P.P. PLANT | | | DIST. COND. F.W. DISTRIBUTING PUMP- 4000 G.P.D. PLANT | | |
|---|---|---|---|---|---|---|
| | Driven Unit | Reduction Unit | Driving Unit | Driven Unit | Reduction Unit | Driving Unit |
| Number | 1 | AFT ENGINE ROOM | 1 | 1 | AFT ENGINE ROOM | 1 |
| Location | | | | | | |
| Type | CENTRIFUGAL | DIRECT CONNECTED | MOTOR | CENTRIFUGAL | DIRECT CONNECTED | MOTOR |
| Number of stages | 1 | | | 1 | | |
| Manufacturer | BUFFALO | | DIEHL | BUFFALO | | DIEHL |
| R. p. m. or d. s. | 3500 | | 3500 | 3500 | | 3500 |
| Capacity G.P.M. | 5 | | | 10 | | |
| Discharge pressure | 12.8 P.S.I | | | 20 P.S.I | | |
| Designed submergence | 2.5 FT | | | 4 FT | | |
| Designed suction conditions | 15" HG. VAC. | | | 1 P.S.I. HD. | | |
| Vertical or horizontal | VERTICAL | | VERTICAL | HORIZONTAL | | HORIZONTAL |
| Gear ratio | | | | | | |
| Governor | | | | | | |
| Protection | | | | | | |
| Horsepower | 0.583 | | 0.875 | 0.348 | | 0.625 |
| Voltage | | | 440 | | | 440 |
| Current | | | 60 CYCLE 3PH. A.C. | | | 60 CYCLE 3PH. A.C. |
| Degree of motor enclosure | | | TOTALLY ENCLOSED | | | TOTALLY ENCLOSED |

| Name of unit | EVAP. BRINE OVERBOARD DISCH. PUMP- 4000 G.P.D. PLANT | | | EVAP. FIRST EFFECT TUBE NEST DRAIN PUMP- 4000 G.P.D. PLANT. | | |
|---|---|---|---|---|---|---|
| | Driven Unit | Reduction Unit | Driving Unit | Driven Unit | Reduction Unit | Driving Unit |
| Number | 1 | AFT ENGINE ROOM | 1 | 1 | AFT ENGINE ROOM. | 1 |
| Location | | | | | | |
| Type | CENTRIFUGAL | DIRECT CONNECTED. | MOTOR | CENTRIFUGAL | DIRECT CONNECTED | MOTOR |
| Number of stages | 1 | | | 1 | | |
| Manufacturer | BUFFALO | | DIEHL | BUFFALO | | DIEHL |
| R. p. m. or d. s. | 3500 | | 3500 | 3500 | | 3500 |
| Capacity G.P.M. | 15 | | | 4 | | |
| Discharge pressure | 23.9 P.S.I. | | | 32.7 P.S.I. | | |
| Designed submergence | 3 FT | | | 5 FT. | | |
| Designed suction conditions | 27" HG. VAC. | | | 15" HG. VAC. | | |
| Vertical or horizontal | VERTICAL | | VERTICAL | VERTICAL | | VERTICAL |
| Gear ratio | | | | | | |
| Governor | | | | | | |
| Protection | | | | | | |
| Horsepower | 1.035 | | 1.5 | 0.933 | | 1.5 |
| Voltage | | | 440 | | | 440 |
| Current | | | 60 CYCLE 3PH. A.C. | | | 60 CYCLE 3PH. A.C. |
| Degree of motor enclosure | | | TOTALLY ENCLOSED | | | TOTALLY ENCLOSED |

U. S. S. D0934

Synopsis Sheet "H"
Sheet 7 of 9.

opa  4-7976

REPRODUCED AT THE NATIONAL ARCHIVES

NAVY DEPARTMENT
BUREAU OF ENGINEERING
M. Eng. 77.—Revised June 1, 1927

(Fill in with India Ink By blueprinting)

## DATA OF PUMPS, BLOWERS, AND COMPRESSORS

| Name of unit | VACUUM PUMP FOR EMERY DIESEL GEN. | | | FORCED DRAFT BLOWER | | |
|---|---|---|---|---|---|---|
| | DRIVEN UNIT | REDUCTION UNIT | DRIVING UNIT | DRIVEN UNIT | REDUCTION UNIT | DRIVING UNIT |
| Number | 1 | | 1 | FOUR IN EACH FIRE ROOM | | 6 |
| Location | FWD DIESEL GENERATOR ROOM | | | FOUR IN EACH FIRE ROOM | | |
| Type | TURBINE VACUUM | DIRECT CONNECTED | MOTOR | PROPELLER | DIRECT CONNECTED | TURBINE |
| Number of stages | 1 | | | 1 | | 1 |
| Manufacturer | NASH | | GEN. ELEC. | WESTINGHOUSE | | WESTINGHOUSE |
| R. p. m. or d. s. | 3500 | | 3450* | 5075 | | 5075 |
| Capacity C.F.M. | 3 | | | 19,300 | | |
| total head | | | | 25.5" H₂O | | |
| Designed submergence | | | | | | |
| Designed suction conditions | 10"HG. VAC. | | | | | |
| Vertical or horizontal | HORIZONTAL | | HORIZONTAL | HORIZONTAL | | HORIZONTAL |
| Gear ratio | | | | | | |
| Governor | | | | | | |
| Protection | | | | | | |
| Horsepower | 0.25 | | 0.333 | | | 125 |
| Voltage | | | 440 60 CYCLE | | | |
| Current | | | 3 PH. A.C. TOT. ENCLOSED WATER-PROOF | | | |
| Degree of motor enclosure | | | | | | |

| Name of unit | LUBRICATING OIL PURIFIER PUMPS | | | DIESEL F.O. PURIFIER PUMPS | | |
|---|---|---|---|---|---|---|
| | DRIVEN UNIT | REDUCTION UNIT | DRIVING UNIT | DRIVEN UNIT | REDUCTION UNIT | DRIVING UNIT |
| Number | 2 INLET 2 OUTLET | 2 | 2 | 1 INLET 1 OUTLET | 1 | 1 |
| Location | ONE IN EACH ENGINE ROOM | | | STBD. SHAFT ALLEY | | |
| Type | GEAR ROTARY | SPUR GEAR | MOTOR | GEAR ROTARY | SPUR GEAR | MOTOR |
| Number of stages | | | | | | |
| Manufacturer | DE LAVAL SEPARATOR CO | | GEN. ELEC. | DE LAVAL SEPARATOR CO. | | GEN. ELEC. |
| R. p. m. or d. s. | 596.5 | | 1710 | 596.5 | | 1710 |
| Capacity G.P.H. | INLET 125 OUTLET 325 | | | INLET 325 OUTLET 450 | | |
| Discharge pressure | OUTLET 25 P.S.I. | | | OUTLET 25 P.S.I. | | |
| Designed submergence | | | | | | |
| Designed suction conditions | INLET 10"HG. | | | INLET 19" HG. | | |
| Vertical or horizontal | HORIZONTAL | | HORIZONTAL | HORIZONTAL | | HORIZONTAL |
| Gear ratio | | 1 TO 2¹⁵⁄₁₆ | | | 1 TO 2⁷⁄₁₆ | |
| Governor | | | | | | |
| Protection | | | | | | |
| Horsepower | | | 1.5 | | | 1.5 |
| Voltage | | | 440 60 CYCLE | | | 440 60 CYCLE |
| Current | | | 3 PH. A.C. TOTALLY ENCLOSED | | | 3 PH. A.C. TOTALLY ENCLOSED |
| Degree of motor enclosure | | | | | | |

\* MOTOR R.P.M. IS GIVEN AT RATED FULL LOAD H.P.

Synopsis Sheet "H"
Sheet 8 of 9.

Entered by J.M.G.S.   Checked by

U. S. S. ___ DD834

REPRODUCED AT THE NATIONAL ARCHIVES

NAVY DEPARTMENT
BUREAU OF ENGINEERING
N. Eng. 77.—Revised June 1, 1927

(Fill in with india ink for blueprinting)

## DATA OF PUMPS, BLOWERS, AND COMPRESSORS

Entered by M. G. S.

Checked by

U. S. S. DD834

Name of unit ___ 5⅜", 5⅛", 7", 7" - 13½" x 4⅛" H.P. AIR COMPRESSOR | 5⅛", 3⅜" x 4" L.P. AIR COMPRESSOR

| | Driven Unit | Reduction Unit | Driving Unit | Driven Unit | Reduction Unit | Driving Unit |
|---|---|---|---|---|---|---|
| Number | 1 | | 1 | 1 | | 1 |
| Location | AFT | FIRE | ROOM | AFT | ENGINE | ROOM |
| Type | DUPLEX WATER COOLED | HELICAL GEAR | TURBINE | VERT AIR COOLED | DIRECT CONNECTED | MOTOR |
| Number of stages | 4 | | | 2 | | |
| Manufacturer | WORTHINGTON | STURTEVANT | STURTEVANT | WORTHINGTON | | GEN. ELEC. |
| R. p. m. or d. s. | 585 | | 5850 | 1160 | | 1160 |
| Capacity | 20 C.F.M. | | | 50 C.F.M. | | |
| Discharge pressure | 3000 P.S.I | | | 100 P.S.I. | | |
| Designed submergence | | | | | | |
| Designed suction conditions | ATMOS. PRESS. | | | ATMOS. PRESS. | | |
| Vertical or horizontal | VERTICAL | | HORIZONTAL | VERTICAL | | HORIZONTAL |
| Gear ratio | | 1 TO 10 | | | | |
| Governor | SEE NOTE | | SPEED REGULS. OVERSPD TRIP | SEE NOTE | | |
| Protection | | | | | | |
| Horsepower | | | 43 | 14 | | 15 |
| Voltage | | | | | | 440 60 CYCLE 3 PH. A.C. |
| Current | | | | | | |
| Degree of motor enclosure | | | | | | OPEN DRIP PROOF |

Note: Compressors fitted with automatic stop & start and unloading device.

Name of unit ___ GLAND LEAKOFF EXHAUSTER

| | Driven Unit | Reduction Unit | Driving Unit | Driven Unit | Reduction Unit | Driving Unit |
|---|---|---|---|---|---|---|
| Number | 2 | | 2 | | | |
| Location | ONE IN | EACH ENGINE | ROOM | | | |
| Type | CENTRIFUGAL | DIRECT CONNECTED | MOTOR | | | |
| Number of stages | | | | | | |
| Manufacturer | STURTEVANT | | DIEHL | | | |
| R. p. m. or d. s. | 3450 | | 3500* | | | |
| Capacity | 550 CFM | | | | | |
| Discharge pressure or total head | 7.2" H₂O TOTAL HEAD | | | | | |
| Designed submergence | | | | | | |
| Designed suction conditions | | | | | | |
| Vertical or horizontal | HORIZONTAL | | HORIZONTAL | | | |
| Gear ratio | | | | | | |
| Governor | | | | | | |
| Protection | | | | | | |
| Horsepower | 0.23 | | 2 | | | |
| Voltage | | | 440 60 CYCLE 3 PH. A.C. | | | |
| Current | | | | | | |
| Degree of motor enclosure | | | WATER-PROOF | | | |

* MOTOR R.P.M. IS GIVEN AT RATED FULL LOAD H.P.

Synopsis Sheet "H"
Sheet 9 of 9

REPRODUCED AT THE NATIONAL ARCHIVES

NAVY DEPARTMENT
Bureau of Engineering
N. Eng. 77—Revised June 1, 1927

(Fill in with India ink for blueprinting)

## CONDENSER DATA

| | Main Condenser | Aux. Condenser | | |
|---|---|---|---|---|
| | 2 - HORIZONTAL SURFACE TYPE | 2 - HORIZONTAL SURFACE TYPE | | |
| Number and type | | | | |
| Manufacturer | WORTHINGTON | WORTHINGTON | | |
| Location | ONE IN EACH ENGINE ROOM | ONE IN EACH ENGINE ROOM | | |
| Surface, square feet: | | | | |
| Condensing | 10,254 | 528 | | |
| Air cooling | 746 | 52 | | |
| Total | 11,000 | 580 | | |
| Number of passes (circulating water) | 1 | 2 | | |
| Tubes: | | | | |
| Number | 6,404 | 554 | | |
| Thickness, mils | 49 | 49 | | |
| Outside diameter, inches | 5/8 | 5/8 | | |
| Length, inches | 128 3/8 | 79 1/2 | | |
| Effective length, inches | 126 | 77 | | |
| Material | COPPER-NICKEL | COPPER-NICKEL | | |
| Tube joints: | EXPANDED & FLARED | EXPANDED & FLARED | | |
| Inlet end | | | | |
| Outlet end | EXPANDED | EXPANDED | | |
| Tube sheets: | | | | |
| Thickness, inches | 1 1/2 | 1 | | |
| Material | COPPER-NICKEL | COPPER-NICKEL | | |
| Water chests: | | | | |
| Thickness, inches | 3/16 | 1/2 | | |
| Material | NICKEL-COPPER | GUN METAL | | |
| Main injection, diameter, inches | 27 | | | |
| Main ov'b'd. disch., diameter, inches | ~30 | | | |
| Circ. Water inlet, diameter, inches | | 7 | | |
| Circ. water outlet, diameter, inches | | 6 | | |

Entered by M.G.B.
Checked by

U. S. S. DD834

REPRODUCED AT THE NATIONAL ARCHIVES

**NAVY DEPARTMENT**
BUREAU OF ENGINEERING
N. Eng. 77.—Revised June 1, 1927

(Fill in with India ink for blueprinting)

## AIR EJECTOR DATA

| | MAIN EJECTORS | AUX. EJECTORS | | |
|---|---|---|---|---|
| Number per condenser | 1 | 1 | | |
| Number per ship | 2 | 2 | | |
| Type and make | NAVY-TYPE A WORTHINGTON | NAVY TYPE A WORTHINGTON | | |
| Steam nozzles: | | | | |
| First stage material | STAINLESS ST.·Ga.7. | STAINLESS ST.·Ga.7. | | |
| Size, inches | 0.147 | 0.076 | | |
| Second stage material | STAINLESS ST.·Ga.7 | STAINLESS ST.·Ga.7 | | |
| Size, inches | 0.1575 | 0.086 | | |
| Intercondenser surface tubes: | | | | |
| Number | 177 | 52 | | |
| Thickness, mils | 49 | 49 | | |
| Outside diameter, inches | 5/8 | 5/8 | | |
| Length, inches | 38¼ | 38¼ | | |
| Length, effective inches | 36 | 36 | | |
| Material | ADMIRALTY TYPE A | ADMIRALTY TYPE A | | |
| Number of passes | 7 | 5 | | |
| After condenser surface tubes: | | | | |
| Number | 86 | 24 | | |
| Thickness, mils | 49 | 49 | | |
| Outside diameter, inches | 5/8 | 5/8 | | |
| Length, inches | 38¼ | 38¼ | | |
| Length, effective inches | 36 | 36 | | |
| Material | ADMIRALTY TYPE A | ADMIRALTY TYPE A | | |
| Number of passes | 2 | 1 | | |
| | | | | |
| Gland seal condenser surface tubes | | | | |
| Number | 130 | | | |
| Thickness, mils | 49 | | | |
| Outside diameter, inches | 5/8 | | | |
| Length, inches | 38¼ | | | |
| Length, effective inches | 36 | | | |
| Material | ADMIRALTY TYPE A | | | |
| Number of passes | 3 | | | |

Entered by M.G.S.
Checked by

U. S. S. ____ DD834

GPO 6—7976

Synopsis Sheet "J"

REPRODUCED AT THE NATIONAL ARCHIVES

NAVY DEPARTMENT
BUREAU OF ENGINEERING
N. Eng. 77.—Revised June 1, 1927

(Fill in with India ink for blueprinting)

## MISCELLANEOUS HEAT EXCHANGER DATA

| | GLAND EXHAUSTER CONDENSERS | FEED WATER HEATERS | JACKET WATER COOLERS | FUEL OIL HEATERS | LUBRICATING OIL COOLING |
|---|---|---|---|---|---|
| Number | | | | 8 | 2 |
| Type and mark | | | | QUADRUPLE G-PM 36CTR ONE IN EACH FIRE ROOM | HORIZONTAL FIXED TUBE ONE IN EACH ENGINE ROOM |
| Location | | | | GRISCOM-RUSSELL | ALCO |
| Manufacturer | | | | | |
| Surface, square feet | | | | 36 | 960 |
| Number of passes: | | | | | |
|     Shell | | | | 8 | 1 |
|     Tubes | | | | 8 | 1 |
| Tubes: | | | | | |
|     Number | | | | 4 U-BENDS | 682 |
|     Thickness, mils | | | | 115 | 49 |
|     Outside diameter, inches | | | | 1.05 | 5/8 |
|     Length, inches | | | | | 108 1/2 |
|     Length, effective inches | | | | 155 5/8 | 108 7/8 |
|     Material | | | | SEAMLESS STEEL | COPPER NICKEL |
| Number of fins per tube | | | | 36 | |
| Length of fin, inches | | | | 7 1/2 | |
| Diameter over fins, inches | | | | 2.05 | |

Checked by M.G.S.

Entered by M.G.S.

U. S. S. ____ DD834

Synopsis Sheet "K"

REPRODUCED AT THE NATIONAL ARCHIVES

NAVY DEPARTMENT
BUREAU OF ENGINEERING
N. Engg. 77.—Revised June 1, 1927

(Fill in with india ink for blueprinting)

## REFRIGERATING PLANTS

| | COLD STORAGE COMPARTMENTS | AIR CONDITIONING | | | PROCESS WATER COOLING | | SHIP'S SERVICE STORES | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Control Station | Steering engine | Powder magazines | X-ray dark room | Photograph laboratory | Ice cream freezer | Soda fountain |
| Manufacturer | CARRIER | | | | | | | |
| Refrigerant | F-12 | | | | | | | |
| Number of complete units | 2 | | | | | | | |
| Capacity, each unit | 7 Tons. | | | | | | | |
| Compressor: | | | | | | | | |
|   Speed R.P.M. | 514 | | | | | | | |
|   Number of cylinders | 2 | | | | | | | |
|   Bore, inches | 4 ½ | | | | | | | |
|   Stroke, inches | 3 | | | | | | | |
|   Piston displacement Cu. Ins. | 35.116 | | | | | | | |
|   Type of drive | V. BELTS | | | | | | | |
| | | | | | | | | |
| Condenser: | | | | | | | | |
|   Surface Sq. Ft. | 29 | | | | | | | |
|   Water or air cooled | WATER | | | | | | | |
|   Tubes: | | | | | | | | |
|     Number | 32 | | | | | | | |
|     Diameter INCHES | 5/8 | | | | | | | |
|     Thickness MIL S. | 49 | | | | | | | |
|     Material | COPPER NICKEL | | | | | | | |
|     Type | STRAIGHT | | | | | | | |
|     Length INCHES | 65¾ | | | | | | | |
| | | | | | | | | |
| Motor: | | | | | | | | |
|   Horsepower | 7/3.5 | | | | | | | |
|   Speed R.P.M. | 1680/850 | | | | | | | |
|   Voltage | 440 | | | | | | | |
|   Current | 33 CYCLE 3 PHASE A.C. | | | | | | | |
| | | | | | | | | |
| Evaporators: | | | | | | | | |
|   Surface | | | | | | | | |
|   Type of coils | | | | | | | | |
| | | | | | | | | |
| Piping: Material REFRIGERANT | K-S COPPER | | | | | | | |
|   ICE MAKING COILS | FLARE | | | | | | | |
|   CIRCULATING WATER | NICKEL | | | | | | | |
| Valves: Material REFRIGERANT | BRONZE VALVE | | | | | | | |
|   CIRCULATING WATER | BRASS | | | | | | | |
| | | | | | | | | |
| Ice making boxes: | | | | | | | | |
|   Number | 1 | | | | | | | |
|   Total capacity LBS./24 HOURS | 200 | | | | | | | |

Entered by M.G.S.
Checked by

U. S. S. ___ DD834

Synopsis Sheet "L"

REPRODUCED AT THE NATIONAL ARCHIVES

NAVY DEPARTMENT
BUREAU OF ENGINEERING
N. Eng. 77.—Revised June 1, 1937

(Fill in with india ink for blueprinting)

# EVAPORATING AND DISTILLING PLANTS

Manufacturer of plants  GRISCOM-RUSSELL CO.

Number and type of plants  ONE - L.P. DOUBLE EFFECT, SINGLE SHELL, SUBMERGED TUBE TYPE

Capacity of each plant:

Normal  12,000 GALLONS PER 24 HOURS

Clean tube  15,600 GALLONS PER 24 HOURS

Number and capacity of test tanks  2 TANKS - TOTAL CAPACITY 120 GALLONS

Air ejectors:

Number per plant  2 - SINGLE STAGE, SINGLE JET.

Make  C.H. WHEELER MFG. CO.

Steam consumption  140 LBS. PER HOUR AT 125 P.S.I.

Air handling capacity  16 PER HOUR FREE AIR PLUS ASSOCIATED VAPORS AT 100°F AND (2.5) INCHES Hg ABS.

Type of feed regulation  MANUAL

Entered by  M.G.S.
Checked by

U.S.S. DD834

## HEAT EXCHANGER DATA FOR EACH PLANT

| | Evaporators | Vapor feed heaters | Condensate coolers | Drain coolers | Air ejector condenser | Distiller condenser | |
|---|---|---|---|---|---|---|---|
| | | | | | | Inner heater | Distiller section |
| Number of units | 2 | 1 | 1 | | 1 | 1 | 1 |
| Heating surface, square feet | 123 | 48.6 | 26.1 | | 30 | 48 | 118 |
| Tubes: | | | | | | | |
| Number | 151 | 66 | 40 | | 47 | 54 | 133 |
| Diameter, inches | 5/8 | 5/8 | 5/8 | | 5/8 | 5/8 | 5/8 |
| Thickness, mils | 65 | 49 | 49 | | 49 | 49 | 49 |
| Material | ADMIRALTY | COPPER NICKEL | COPPER NICKEL | | COPPER NICKEL | COPPER NICKEL | COPPER NICKEL |
| Type | STRAIGHT | STRAIGHT | STRAIGHT | | STRAIGHT | STRAIGHT | STRAIGHT |
| Effective length, inches | 59½ | 54½ | 47½ | | 45 | 65¼ | 65¼ |
| Over-all length, inches | 61⅝ | 55⅛ | 49½ | | 49¾ | 66⅜ | 66⅜ |
| | | | | | | | |
| Number of passes: | | | | | | | |
| Shell | 1 | 1 | 2 | | 1 | 1 | 2 |
| Tubes | 2 | 6 | 4 | | 3 | 3 | 2 |
| Tube sheets: | | | | | | | |
| Thickness, inches | FRONT ⅞ REAR ¾ | FRONT ⅞ REAR ¾ | ¾ | | ¾ | ⅞ & ¾ | ¾ |
| Material | NAVAL BRASS | COPPER NICKEL | COPPER NICKEL | | COPPER NICKEL | COPPER NICKEL | COPPER NICKEL |
| | | | | | | | |
| Shell: | | | | | | | |
| Outside diameter, inches | 71¾ | | 7⅞ | | 8.643 | | |
| Thickness, inches | ⁷⁄₁₆ | | 0.134 | | 0.134 | | |
| Material | GUN METAL | | B.D. COPPER | | S.D. COPPER | | |
| Diameter over ribs, inches | 77½ | | | | | | |

ooo  4—7976

Synopsis Sheet "M"
Sheet 1 of 2.

REPRODUCED AT THE NATIONAL ARCHIVES

NAVY DEPARTMENT
BUREAU OF ENGINEERING
N. Eng. 77.—Revised June 1, 1927

(Fill in with India ink for blueprinting)

# EVAPORATING AND DISTILLING PLANTS

Manufacturer of plants ...GRISCOM RUSSELL CO.....

Number and types of plants ...ONE, L.P. DOUBLE EFFECT, SINGLE SHELL, SUBMERGED TUBE TYPE...

Capacity of each plant:

   Normal ......4000 GALLONS PER 24 HOURS......

   Clean tube ....5200 GALLONS PER 24 HOURS......

Number and capacity of test tanks ...2 TANKS - TOTAL CAPACITY 100 GALLONS.....

Air ejectors:

   Number per plant ...2 - SINGLE STAGE, SINGLE JET....

   Make ......C. H. WHEELER MFG. CO......

   Steam consumption ...70 LBS. PER HOUR AT 125 P.S.I....

   Air handling capacity ...3 LBS. PER HOUR FREE AIR PLUS ASSOCIATED VAPORS AT 100°F AND 1¼" HG. ABS....

Type of feed regulation ...MANUAL....

## HEAT EXCHANGER DATA FOR EACH PLANT

| | Evaporators | Vapor feed heaters | Condensate coolers | Drain coolers | Air ejector condenser | Distiller condenser | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Inner heater | Distiller section |
| Number of units | 2 | 1 | 1 | | 1 | 1 | 1 |
| Heating surface, square feet | 42 | 17.1 | 15.7 | | 9.6 | 24.5 | 54.7 |
| **Tubes:** | | | | | | | |
| Number | 55 | 24 | 56 | | 20 | 29 | 66 |
| Diameter INCHES | 5/8 | 5/8 | 5/8 | | 5/8 | 5/8 | 5/8 |
| Thickness MILS | 65 | 49 | 49 | | 49 | 49 | 49 |
| Material | ADMIRALTY | COPPER NICKEL | COPPER NICKEL | | COPPER NICKEL | COPPER NICKEL | COPPER NICKEL |
| Type | STRAIGHT | STRAIGHT | STRAIGHT | | STRAIGHT | STRAIGHT | STRAIGHT |
| Effective length INCHES | 56 | 52 7/8 | 31 7/8 | | 36 | 62 3/4 | 62 3/4 |
| Over-all length INCHES | 57 15/16 | 54 1/2 | 33 1/2 | | 37 1/2 | 64 1/8 | 64 5/8 |
| | | | | | | | |
| **Number of passes:** | | | | | | | |
| Shell | 1 | 1 | 2 | | 1 | 1 | 2 |
| Tubes | 2 | 2 | 4 | | 2 | 4 | 2 |
| **Tube sheets:** | | | | | | | |
| Thickness INCHES | FRONT 15/16 REAR 3/4 | FRONT 15/16 REAR 3/4 | 7/8 | | 3/4 | 3/4 | 3/4 |
| Material | NAVAL BRASS | COPPER NICKEL | COPPER NICKEL | | COPPER NICKEL | COPPER NICKEL | COPPER NICKEL |
| | | | | | | | |
| **Shell:** | | | | | | | |
| Outside diameter INCHES | 45 3/4 | | 7.995 | | 6 1/8 | | |
| Thickness INCHES | 3/8 | | 0.154 | | 0.120 | | |
| Material | GUN METAL | | COPPER | | C.R. COPPER | | |

U. S. S. ___ DD834

Entered by M.G.S.

Checked by

REPRODUCED AT THE NATIONAL ARCHIVES

NAVY DEPARTMENT
BUREAU OF ENGINEERING
N. Eng. 77.—Revised June 1, 1937

(Fill in with india ink for blueprinting)

## GENERATOR DATA

| | 500 K.V.A. TURBINE GENERATOR SET | | | | | | Entered by Checked by |
|---|---|---|---|---|---|---|---|
| | A.C. Generator | GEAR Reduction | TURBINE Drive | D.C. Generator | Reduction | Drive | |
| Number | 2 | 2 | 2 | 2 LOWER LEVEL PORT | | | |
| Location | 1 ENG. RM. N°1-FR.S. 101-108 UPPER LEVEL PORT | | | 1 ENG. RM. N°2-FR.S. 141-148 UPPER LEVEL STBD. | | | |
| Manufacturer | GENERAL ELECTRIC CO. & WESTINGHOUSE MFG. | | | | | | |
| Type | | | | | NOTE: THE SAME | | |
| Kv-a or kw | 400 KW | — | — | 50 KW | TURBINE IS USED FOR | | |
| Power factor | 0.80 | — | — | | DRIVING BOTH THE | | |
| Voltage | 450 | — | — | 120 | A.C. & D.C. GENERATORS | | |
| Current | 645 | — | — | 417 | | | |
| Number of stages or expansions | | | 6 | | | | |
| Size extraction connection | | | NONE REQ'D | | | | |
| Designed steam pressure | | | 525 #/□" | | | | |
| Total temperature | — | — | 825°F | | | | |
| R. p. m. | 1200 | 1200/10059 | 10059 | 1200 | | | |
| Bore and stroke | | | | | | | |
| M. e. p. | | | | | | | |
| Gear ratio | | 1200/10059 | | | | | |

| | 100 KW EMERGENCY DIESEL GENERATOR SET | | | | | | |
|---|---|---|---|---|---|---|---|
| | A.C. Generator | Reduction | DIESEL ENG. Drive | D.C. Generator | Reduction | Drive | |
| Number | 2 | | 2 | 2 | | | |
| Location | 1. FWD. EMERG. DIESEL GEN. RM. 2ND PLAT. PORT. | | | 1. AFT. STBD. | | | |
| | 1. AFT. EMERG. DIESEL GEN. RM. 1st PLAT. PORT | | | | | | |
| Manufacturer | GENERAL ELECTRIC | | GENERAL MOTORS | GENERAL ELECTRIC | | | |
| Type | ATI-964Y | | MOD3-268A | BF-825-A | | NOTE: THE SAME | |
| Kv-a or kw | 100 KW | | | 30 KW | | ENGINE IS USED FOR | |
| Power factor | 0.60 | | | | | DRIVING BOTH THE | |
| Voltage | 450 | | | 120 | | A.C. GENERATOR & | |
| Current | 215 | | | 25 | | D.C. EXCITER | |
| Number of stages or expansions | Cylinders | | 3 | | | | |
| Size extraction connection | | | | | | | |
| Designed steam pressure | | | | | | | |
| Total temperature | | | | | | | |
| R. p. m. | 1200 | | 1200 | 1200 | | | |
| Bore and stroke | | | 6½" x 7" | | | | |
| M. e. p. | | | | | | | |
| Gear ratio | | | | | | | |

U. S. S. DD-698. CLASS.

Synopsis Sheet "N"

REPRODUCED AT THE NATIONAL ARCHIVES

NAVY DEPARTMENT
BUREAU OF ENGINEERING
N. Eng. 77.—Revised June 1, 1937

(Fill in with India ink for blue-printing)

## MOTOR GENERATOR DATA

| | Generator | GENERATOR Reduction Gear | Motor | AMPLIDYNE Generator | Reduction | Motor |
|---|---|---|---|---|---|---|
| | 1 | 1 | 1 | 1 | 1 | 1 |
| Number | | | | | | |
| Location | UNDERWATER SOUND RM. | | | UNDERWATER SOUND RM. | | |
| Service | ECHO RANGING | | | ECHO RANGING | | |
| Type | | | | | | |
| Class | | | | | | |
| Manufacturer | | | | | | |
| Kv-a or kw output | | | 4.0 | | | 1.5 |
| Horsepower | | | | | | |
| Voltage | 600 1500 | 75  120 | 440 | | | 440 |
| Current | | | 5.8 | | | 3.0 |
| Power factor | | | | | | |
| Phase | D.C. | D.C. | 3 | | | 3 |
| R. p. m. | 1750 | 1750 | 1750 | | | 1800 |
| Cycles | | | 60 | | | 60 |

Starting panel

Manufacturer __ Type __ Current __ Method of control __
Manufacturer __ Type __ Current __ Method of control __

## MOTOR GENERATOR DATA

| | Generator | Reduction | Motor | Generator | Reduction | Motor |
|---|---|---|---|---|---|---|
| Number | | | | | | |
| Location | | | | | | |
| Service | | | | | | |
| Type | | | | | | |
| Class | | | | | | |
| Manufacturer | | | | | | |
| Kv-a or kw output | | | | | | |
| Horsepower | | | | | | |
| Voltage | | | | | | |
| Current | | | | | | |
| Power factor | | | | | | |
| Phase | | | | | | |
| R. p. m. | | | | | | |
| Cycles | | | | | | |

Starting panel

Manufacturer __ Type __ Current __ Method of control __
Manufacturer __ Type __ Current __ Method of control __

U.S.S. DD692 CLASS

Synopsis Sheet "O"

REPRODUCED AT THE NATIONAL ARCHIVES

NAVY DEPARTMENT
BUREAU OF ENGINEERING
N. Eng. 77 — Revised June 1, 1927

(Fill in with india ink for blueprinting)

## MOTOR GENERATOR DATA

| | Generator | Generator Reduction | Motor | Generator | Generator Reduction | Motor |
|---|---|---|---|---|---|---|
| Number | 1 | 1 | 1 | 1 | 1 | 1 |
| Location | EMERG. | RADIO | ROOM | 1ST PLAT. PASSAGE, FR5. 61-72-ST'BD. | | |
| Service | TAJ SERIES - RADIO TRANSM. | | | TBK SERIES - RADIO TRANSM. | | |
| Type | | | | | | |
| Class | | | | | | |
| Manufacturer | | | | | | |
| Kv-a or kw output | — | — | 4.0 | 1.5 KW  0.5 KW | 0.1 KW  0.125 KW | 4.5 |
| Horsepower | 5000  1500 | 250  600 | 4.40 | 5000  1500 | 250  1500 | 4.40 |
| Voltage | | | 5.5 | 0.50  0.40 | 0.40  0.13 | 6.0 |
| Current | | | | | | 0.80 |
| Power factor | | | | | | |
| Phase | D.C. | D.C. | 3 | D.C. | D.C. | 3 |
| R. p. m. | 1750 | 1750 | 1750 | 1750 | 1750 | 1750 |
| Cycles | — | — | 60 | — | — | 60 |
| | | | | | | |
| | SEPARATELY EXCITED | SELF-EXCITED | | SEPARATELY EXCITED | SELF-EXCITED | |
| Manufacturer | | | | | | |
| Type | | | | | | |
| Starting panel  Current | | | | | | |
| Method of control | | | | | | |

## MOTOR GENERATOR DATA

| | Generator | Generator Reduction | Motor | Generator | Generator Reduction | Motor |
|---|---|---|---|---|---|---|
| Number | 1 | 1 | 1 | 1 | 1 | 1 |
| Location | 1ST PLAT. PASSAGE FR5. 61-72-ST'BD. | | | 1ST PLAT. PASSAGE FR5. 61-72-ST'BD. | | |
| Service | TBS SERIES - RADIO TRANSM. | | | TBL SERIES - RADIO TRANSM. | | |
| Type | | | | | | |
| Class | | | | | | |
| Manufacturer | | | | | | |
| Kv-a or kw output | — | — | 1.0 | 0.64 KW | 1.4 KW | — |
| Horsepower | 875 | 300 | 4.40 | 250 | 2000 | 3.5 |
| Voltage | | | | 1000 | | 4.40 |
| Current | | | | | | |
| Power factor | | | | | | |
| Phase | D.C. | D.C. | 3 | D.C. | D.C. | 3 |
| R. p. m. | — | — | 60 | — | — | 60 |
| Cycles | | | | | | |
| | | | | | | |
| | SELF-EXCITED | SELF-EXCITED | | | | |
| Manufacturer | | | | | | |
| Type | | | | | | |
| Starting panel  Current | | | | | | |
| Method of control | | | | | | |

Synopsis Sheet "O"

SHT. 2 OF 3

Entered by

Checked by

U. S. S. DD692 CLASS

gpo   4-7078

REPRODUCED AT THE NATIONAL ARCHIVES

NAVY DEPARTMENT
BUREAU OF ENGINEERING
N. Eng. 77.—Revised June 1, 1937

(Fill in with india ink for blueprinting)

## MOTOR GENERATOR DATA

| | Generator | Reduction | Motor | Generator | Reduction | Motor |
|---|---|---|---|---|---|---|
| Number | 1 | | 1 | 2 | | 2 |
| Location | INT. COMM. ROOM | | | INT. COMM. ROOM | | |
| Service | INT. COMM. SERVICE | | | GYRO STABILIZER | | |
| Type | B224 | | K224 | | | |
| Class | | | | | | |
| Manufacturer | GENERAL ELECTRIC CO. | | | | | |
| Kv-a or kw output | 2.5 KW | | | 140 V.A. | | 0.25 |
| Horsepower | | | 5 | | | 1.15 |
| Voltage | 120 | | 440 | 70 | | |
| Current | 20.8 | | 6.05 | 1.15 | | 2.0 |
| Power factor | | | 0.83 | 0.20 | | 0.48 |
| Phase | D.C. | | 3 | 3 | | 3 |
| R. p. m. | 3415 | | 3415 | 1750 | | 1750 |
| Cycles | | | 60 | 146 | | 60 |
| | SELF EXCITED | | | SEPARATELY EXCITED | | |

Starting panel
Manufacturer GENERAL ELECTRIC CO.
Type ACROSS-LINE MAGNETIC
Current
Method of control SEMI-AUTO.

Manufacturer
Type
Current
Method of control

## MOTOR GENERATOR DATA

| | Generator | Generator | Motor Reduction | Motor | Generator | Reduction | Motor |
|---|---|---|---|---|---|---|---|
| Number | 2 | 2 | 2 | 2 | 1 | | 1 |
| Location | INT. COMM. ROOM | | | | INT. COMM. ROOM | | |
| Service | GYRO COMPASS | | | | SHAFT REV. IND. | | |
| Type | | | | | | | |
| Class | | | | | | | |
| Manufacturer | | | | | 75 V.A. | | |
| Kv-a or kw output | | | | | | | 0.193 |
| Horsepower | | | | | | | |
| Voltage | 60 | 120 | 24 | 115 | 115 | | 120 |
| Current | | | | | 0.65 | | 1.2 |
| Power factor | | | | | 0.80 | | |
| Phase | 3 | D.C. | D.C. | 3 | 1 | | D.C. |
| R. p. m. | | | | | 1800 | | 1800 |
| Cycles | 195 | | | 60 | 60 | | |
| | | | | | ROTARY CONVERTER | | |

Starting panel
Manufacturer
Type
Current
Method of control

Manufacturer
Type
Current
Method of control

Synopsis Sheet "O"

SHT. 3 OF 3

U. S. DD692 CLASS

Entered by
Checked by

REPRODUCED AT THE NATIONAL ARCHIVES

NAVY DEPARTMENT
BUREAU OF ENGINEERING
N. Eng. 77.— Revised June 1, 1937

(Fill in with india ink for blueprinting)

## SEARCHLIGHTS

| | D.C. | D.C. | D.C. | A.C. |
|---|---|---|---|---|
| Manufacturer | SPERRY GYRO CO | GENERAL ELECTRIC CO | GENERAL ELECTRIC CO | CROUSE LIGHTING CO |
| Size | 36" | 36" | 24" | 12" |
| Rating | 150-190A, 75-95V ARC | 150-195A, 105-125V ARC | 75-80A, 65-70V ARC | |
| Breaker setting | | | | |
| Number | 2-1 | 0-1 | 2 | 2 4 |
| Navy Type | 36-185 | 36-20 | | |

NOTE: EQUIPMENT FROM EITHER
VENDOR MAY BE INSTALLED
ON SAME VESSEL

## TRANSFORMERS

| | MAIN LTG - FWD | MAIN LTG - AFT | INT. COMM. & FIRE CONTROL | RADIO CENTRAL PWR |
|---|---|---|---|---|
| Manufacturer | | WESTINGHOUSE ELECTRIC & MFG. CO | | |
| Voltage ratio | 450/117 | 450/117 | 450/120 | 450/117 |
| Rating | 25 KVA | 25 KVA | 25 KVA | 1.5 KVA |
| Connections | | DELTA | DELTA | |
| Number | 3 | 3 | 3 | 3 |

## STORAGE BATTERIES

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Service | MOTOR BOATS | DIESEL A.C. GEN. SET FWD & AFT | SIGHT LTG & GUN FIRING 5" GUN MTS. N°s 1 TO 5 | 5" GUN DIRECTOR SIGHT LIGHTING |
| Navy class | GV-5BMD-175 A.H. | GV-5BMD-175 A.H. | GV-5BM-100 A.H. | GV-5BM-100 A.H. |
| Number of trays   Per Specific Application | 4 | 6 | 1 | 1 |
| Assigned tray numbers | | | | |
| Manufacturer | | THE   ELECTRIC   STORAGE   BATTERY   CO | | |
| Date of initial charge | | | | |
| Number of trays   Total | 4 | 16 | 3 | 1 |
| Used | 4 | 12 | 3 | 1 |
| Spares | — | ⊗ 4 | — | — |

⊗ INCLUDES
SPARES FOR
ITEMS N°s 1 & 2

4—78776

Entered by
Checked by

U. S. S. DD692 CLASS

REPRODUCED AT THE NATIONAL ARCHIVES

NAVY DEPARTMENT
BUREAU OF ENGINEERING
N. Eng. 77,—Revised June 1, 1937

(Fill in with india ink for blueprinting)

## SEARCHLIGHTS

| | | | | |
|---|---|---|---|---|
| Manufacturer | | | | |
| Size | | | | |
| Rating | | | | |
| Breaker setting | | | | |

## TRANSFORMERS

| | EMERG. LT'G - FWD | EMERG. LTG - AFT | STEERING POWER TRANSFER SW'BD | EMERG. RADIO POWER |
|---|---|---|---|---|
| Manufacturer | | WESTINGHOUSE | ELEC. & MFG. CO. | |
| Voltage ratio | 450/117 | 450/117 | 450/120 | 450/117 |
| Rating | 5 KVA | 5 KVA | 1.0 KVA | 0.75 KVA |
| Connections | DELTA - DELTA | DELTA - DELTA | SINGLE PHASE | SINGLE PHASE |
| Number | 3 | 3 | 1 | 1 |

## STORAGE BATTERIES

| | 5 | 6 | 7 | 8 |
|---|---|---|---|---|
| Service | GYRO COMPASS | TORPEDO TUBE Nº1&2 SIGHT LIGHTING | TORPEDO DIRECTOR (P.&S.) SIGHT LT'G. | FLOOD LANTERNS |
| Navy class | 6V-5BM-100 A.H. | 6V-5BM-50 A.H. | 6V-5BM-50 A.H. | 2V-55P-25 A.H. |
| Number of trays Per Specific Application | 4 | 1 | 1 | 4 |
| Assigned tray numbers | | | | |
| Manufacturer | THE ELECTRIC STORAGE BATTERY CO. | | | GOVT. FURNISHED |
| Date of initial charge | | | | |
| Number of trays Total | 4 | 2 | 3 | 8 |
| Used | 4 | 2 | 2 | 8 |
| Spares | — | | ⊛ 1 | — |
| | | | ⊛ INCLUDES SPARES FOR ITEMS Nº6&7 | |

U. S. S. DD692 CLASS

Synopsis Sheet "P"

SHT. 2 OF 4

Entered by
Checked by

REPRODUCED AT THE NATIONAL ARCHIVES

NAVY DEPARTMENT
BUREAU OF ENGINEERING
N. Eng. 37.—Revised June 1, 1937

(Fill in with indis ink for blueprinting)

## SEARCHLIGHTS

Manufacturer
Size
Rating
Breaker setting

## TRANSFORMERS

| | GUN FIRING | TORPEDO FIRING | DEPTH CHARGE PROJECTOR FIRING | |
|---|---|---|---|---|
| Manufacturer | ← DONGAN | ELECTRIC MFG. | CO. → | |
| Voltage ratio | 115/20 | 115/20 | 115/20 | |
| Rating | 200 V.A. | 200 V.A. | 200 V.A. | |
| Connections | | SINGLE PHASE | | |
| Number | 3 | 1 | 6 | |

## STORAGE BATTERIES

Service
Navy class
Number of trays
Assigned tray numbers
Manufacturer
Date of initial charge

Entered by _____
Checked by _____

U. S. DD692 CLASS

Synopsis Sheet "P"

SHT 3 OF 4

*** 4—7673

REPRODUCED AT THE NATIONAL ARCHIVES

NAVY DEPARTMENT
BUREAU OF ENGINEERING
N. Eng. 77.—Revised June 1, 1937

(Fill in with india ink for blueprinting)

## SEARCHLIGHTS

| | | | | |
|---|---|---|---|---|
| Manufacturer | | | | |
| Size | | | | |
| Rating | | | | |
| Breaker setting | | | | |

## TRANSFORMERS

| | RADAR CIR. "SC-2" | RADAR CIR. "FD" | RADAR CIR. "SG" | 40 M/M MACH. GUN CONT.-ALT. SUPPLY |
|---|---|---|---|---|
| Manufacturer | GOV'T. FURNISHED | | | |
| Voltage ratio | 440/115 | 440/115 | 440/115 | 440/120 |
| Rating | 2 KVA | 3 KVA | 5 KVA | 3 KVA |
| Connections | SINGLE PHASE | | | |
| Number | 1 | 1 | 1 | 4 |

## STORAGE BATTERIES

| | | | | |
|---|---|---|---|---|
| Service | | | | |
| Navy class | | | | |
| Number of trays | | | | |
| Assigned tray numbers | | | | |
| Manufacturer | | | | |
| Date of initial charge | | | | |

4—7075

U. S. S. DD692 CLASS

Entered by
Checked by

# EXHIBIT D

**1957 Navy Documents er: *USS Turner***

REPORT OF MATERIAL INSPECTION

OF

U.S.S. TURNER (DDR 834)

HELD

16 MAY 1957

COMMANDER DESTROYER SQUADRON FOURTEEN

ASSISTED BY COMMANDER DESTROYER DIVISION ONE HUNDRED FORTY TWO

AND U.S.S. KENNETH D. BAILEY (DDR 713)

AT

TARANTO, ITALY

III – GENERAL COMMENT

1. The U.S.S. TURNER (DDR 834) is a destroyer of the Gearing (692-711) class, 390 feet, 6 inches overall length, 40'10" beam, 3460 ton full load displacement, twin screw, 60,000 SHP, geared turbine drive. The vessel was built by the Bath Iron Works, Bath Maine, and was first commissioned 12 June 1945. The last docking was 12 September 1956 in the Philadelphia Naval Shipyard.

2. a. Chronological summary of activities of the vessel since last overhaul:

| MONTH AND YEAR | EMPLOYMENT AND AREA |
|---|---|
| APR 55 – JUN 55 | Shipyard Overhaul, Philadelphia, Pa. |
| JUN 55 – JUL 55 | ISE and Upkeep, Newport, Rhode Island |
| JUL 55 – AUG 55 | Refresher Training, Guantanamo Bay Cuba |
| SEP 55 – OCT 55 | Type Training and Upkeep; restricted availability Boston Naval Shipyard for repair of Sonar Dome. |
| NOV 55 – FEB 56 | Operations with U.S. SIXTH Fleet |
| MAR 56 – MAY 56 | Type Training and Upkeep, Newport, Rhode Island |
| JUN 56 – JUL 56 | Midshipman Cruise, Northern Europe and Carribean Area. |
| AUG 56 – OCT 56 | Type Training and Upkeep, Newport, Rhode Island |
| NOV 56 – DEC 56 | Carrier Operations, Atlantic |
| DEC 56 – JAN 57 | Type Training and Upkeep, Newport, Rhode Island |
| JAN 57 – MAY 57 | Operations with U.S. SIXTH Fleet |

b. Periods of inactivation, immobility or non-naval service:

Date last tender availability: 18 – 25 April 1957
Number of days vessel underway since last overhaul: 600
Number of days vessel not underway since last overhaul: 135
Engine miles steamed since last shipyard overhaul: 87,627

c. Prospective date of next regular overhaul: 19 September 1957 at Boston Naval Shipyard.

3. a. Date of last InSurv Inspection: 22 March 1955

b. Serious damage or derangement since last InSurv Inspection:

(1) The feed water was contaminated with oil on 7 August 1956

(2) Nine tubes were out in number one boiler on 28 April 1956

c. Status and Fleet assignment of vessel: Active – Atlantic Fleet (DESLANT)

## VI - MACHINERY INSTALLATION

### 1.  GENERAL

GENERAL
COMMENT

a. The machinery and boilers of the USS TURNER were, in gene
in satisfactory condition.  Logs and records were well
maintained and up to date.  However, the Machinery Histor
and CSMP were not up to date.  The material condition and
appearance of the engine-rooms and the firerooms was in a
unsatisfactory state.

MAIN
ENGINES

b. The main engines consist of two 30,000 SHP, LP and HP tur
manufactured by the General Electric Co.  Each HP and LP
turbine is connected through a double reduction gear in a
propeller shaft.  In addition, there are two cruising tur
bines installed.  These cruising turbines are forward and
connected to the HP turbines through a single reduction
gear.  The latest DESLANT Machinery Inspection Report of
December 1956 shows the turbines to be in good condition.
Inspection of the latest bearing and thrust readings re-
vealed no indication of an unsatisfactory condition of th
turbines.  All readings are within tolerance.

REDUCTION
GEARS

c. The main reduction gears consist of two (2) sets of DeLav
Co. double helical, double reduction gears.  The DESLANT
Machinery Inspection Report of December 1956 show gear
teeth of #1 main reduction gear to have slight pitting.

LUBRICATION

d. Results of the chemical analysis of the lubricating oil
taken March 1957 by the USS EVERGLADES (AD 24) indicated
oil to be in satisfactory condition for continued use.

SHAFTING AND
PROPELLORS

e. Vessel last drydocked 9 September 1955.  Results of last
underwater hull inspection taken 20 March 1957; 2' of the
port bilge keel and 10' of the starboard bilge keel were
off because of being rolled back.  No. 2 spring bearing,
starboard shaft stuffing box leaks oil evidently from fue
oil tank B-9½-F.

MAIN
CONDENSERS

f. The main condensers consist of two (2) single pass conden
manufactured by the Foster-Wheeler Corp.  The condensers
in good condition.

CONDENSERS
AUXILIARY

g. There are two (2) double pass auxiliary condensers manufa
by the Worthington Corp.  The auxiliary condensers are in
satisfactory condition.

PUMPS

h. The various pumps were inspected and found to be in a
satisfactory condition with the following exceptions:

(1) No. 1 and No. 2 Fire and Flushing pumps experiencing
difficulty with bearings and wearing rings.  The foun
of both pumps were heavily corroded and rusted.

RECOMMEND       (a) SHIPALT DD991D - Replacement of Fire and Flushing Pump be accomplished and foundations be replaced.

(2) No. 1 Evaporator Brine Pump foundations were heavily corroded and rusted.

RECOMMEND       (a) Replacement of pump foundation.

(a) No. 3 Main Feed Pump shaft sleeves heavily scored.

RECOMMEND       (a) Renewal of shaft sleeves.

PIPING, VALVES AND FITTINGS   i. The piping valves and fittings are, in general, in satisfactory condition. The piping in the bilges, including the HP and LP drains and the Bilge and Ballast System are in poor condition. Pipe hangers and braces in the bilges are corroded and rusted.

RECOMMEND       (1) Replacement of pipe hangers and braces. Replacement of HP drain system with heavier piping and replacement of sectic LP drain and Bilge and Ballast System which have not been renewed by tenders.

LAGGING   j. Lagging in both firerooms and enginerooms is in unsatisfactory condition.

RECOMMEND       (1) Renewal of approximately 75% of lagging by Naval Shipyard.

EVAPORATORS   k. There are two (2) Griscom Russel Co., low pressure units; one 4000 GPD and one 12000 GPD unit. No. 1 evaporator was inspect and found to be in good condition. There was no scale present

RECOMMEND       (1) Acid bath at the next shipyard availability.

D. A. FEED TANKS   l. There are two (2) deaerating feed tanks manufactured by the Elliot Co. No. 1 D.A. tank was inspected and found to be in fa condition. Slight trace of oil with approximately ½ pound mud balls was found near the suction strainer. The oil deflectors in the main engines have been renewed since the last previous opening and cleaning of the No. 1 D.A. tank. No trace of oil found anywhere else in the feed water system, therefore, presu oil is carried over from the last time oil experienced in syst

BOILERS   m. There are four (4) Babcock and Wilcox 3 drum, express type, divided furnace, single uptake, superheat controlled boilers installed operating at a pressure of 600 psi at 850F. There a two boilers in each fireroom. The steaming hours since last cleaning as of 24 March 1957:

| BOILER | FIRESIDES | WATERSIDES |
|--------|-----------|------------|
| 1 | 194.5 | 644.9 |
| 2 | 120.7 | 120.7 |
| 3 | 0.0 | 579.5 |
| 4 | 209.7 | 736.0 |

Inspection of No. 4 boiler revealed the following defects:

(1) Excessive slag on deck both on saturated and superheat
(2) Plastic front cracked on both sides.
(3) Back walls and slopes spalling on both sides.
(4) Studded tubes on both sides required patching with chrc
    ore.
(5) Bailey feed water regulator inoperative.  Does not hold
    water level and is not completely connected.
(6) Drain holes plugged.  Leakage of fuel oil from burners
    into air casing occurs.
(7) Boiler requires better preservation underneath.
(8) Superheater inspection plates and economizer not opened
    inspection.
(9) All main steam hanger springs in poor state of preserva
    due to rusting.

RECOMMEND

    (a) Installation boiler compound injector tank both fir
        Complete rebricking No. 4 boiler.

**UPTAKES AND
SMOKEPIPES**

n.  The uptakes and smokepipes were in unsatisfactory condition
due to heavy accumulation of dirt and dust.  DESLANT Class
Item DD111 – the installation of coaming around the forced
draft intakes has been 50% completed.

RECOMMEND

(1) SHIPALT DD1098 – modify air intake louvre for forward
smoke stack be accomplished.

**FORCED DRAFT
BLOWERS**

o.  There are eight Westinghouse electric turbine driven propel
forces draft blowers.  The blowers, in general, are in good
condition.  The counterweight on the flaps on No. 6 blower
not balanced and will not close the flaps.

RECOMMEND

(1) SHIPALT 1047K – Modification to lube oil system be
accomplished.

**FUEL APPARATUS**

p.  The fuel apparatus, in general, was in satisfactory conditi

**REFRIGERATION
UNIT**

q.  There are two Carrier Model 7H5 freon 12, 2 ton capacity ea
refrigerating units.  Units were found to be on a satisfactc
condition.  However, there was a scale on the condensers wh:
the ship's force is unable to clean because of lack of equi

RECOMMEND

(1) Shipyard clean scale from the condensers.

**INSTRUMENTS
MECHANICAL
MEASURING**

r.  The instruments were, in general, in satisfactory condition.
Numerous guages required calibration and several guage glass
were broken.

**REPAIR EQUIPMENT
LIFTING JACK**

s.  Repair equipment and lifting jack appears to be adequate and
in satisfactory condition.

STEAM
SMOTHERING
APPARATUS

t.  The boiler air casings and the bilges in front of the boile
are equipped with steam smothering systems.  They were, not
but were reported as being in satisfactroy operating condit

SHIP'S
SERVICE
GENERATOR

u.  There are two General Electric Co. turbines connected to th
ship's service 400 KW generator; each through a single redu
gear.  The ground test readings conducted were good.  The w
were very dirty and the slip ring brushes were frozen in th
ers.

EMERGENCY
DIESEL
GENERATOR

v.  There are two General Motors Corporation 2 cycle, 3 cylinde
1200 rpm diesel engines directly connected to a 100 KW gene
The generators were in good condition.  Ground tests conduc
were good.

REPAIR
SHOP

w.  There is one combination machine and electrical workshop co
ing bench grinder, drill press and electrical test panel.
equipment was in satisfactory condition.

DAMAGE
CONTROL

x.  The vessel was designed for split plant operation.  The flex
and usefulness of the piping system was satisfactory.

ENGINEER'S
OFFICE AND
TESTING
EQUIPMENT

y.  The Enginer's Office and the testing equipment are conside
adequate.

AIR
COMPRESSORS

z.  There are two Worthington Corporation Air Compressors; one
psi 20 cfm and one 100 psi, 50 cfm units.  Both air compres
were in good condition.

# EXHIBIT E

**Deposition of Plaintiff, John DeVries (Jan. 15, 2013, selected pages**

JOHN B. DeVRIES and  : COURT OF COMMON PLEAS
ROBERTA G. DeVRIES,  : PHILADELPHIA COUNTY
h/w                  :
    Plaintiffs  :
             : DECEMBER TERM, 2012
    vs.         :
            :
ALLEN-BRADLEY        : NO. 3661
COMPANY, et al.      :
    Defendants   : ASBESTOS CASE
        - - -

       TUESDAY, JANUARY 15, 2013
          - - -

         Videotaped Discovery
Deposition of JOHN B. DeVRIES, taken pursuant
to notice, held at the offices of Veritext
National Court Reporting Company, 1801 Market
Street, Suite 1800, Philadelphia, Pennsylvania
on the above date, beginning at or about 10:10
a.m., before Kathleen Woods Logue,
Professional Reporter and Notary Public there
being present.
        - - -

    VERITEXT NATIONAL COURT REPORTING COMPANY
          MID-ATLANTIC REGION
       1801 Market Street - Suite 1800
      Philadelphia, Pennsylvania 19103

Page 10

```
 1           I N D E X
                - - -
 2   WITNESS              EXAMINATION
 3   JOHN B. DeVRIES
 4      BY MR. STOKES        14
 5      BY MS. SCHWEIZER     173, 224
 6      BY MR. REICH         214, 225, 237, 250,
                             276, 286
 7
        BY MR. WEINBERG      226, 240
 8
        BY MS. GUSTAFSON     242, 254
 9
        BY MR. MASTROIANNI   257, 283
10
11
12
13
14
15           E X H I B I T S
                - - -
16
17   NUMBER      DESCRIPTION      PAGE MARKED
18   DeVries 1   Complaint            60
19   DeVries 2   USS TURNER documents 60
20
21
22
23
24
25
```

Page 11

```
 1        JOHN B. DeVRIES
 2        MR. REICH:  Good morning,
 3   ladies and gentlemen.  We're here for the
 4   deposition of Mr. John DeVries.  I wanted to
 5   make the record clear that anybody who is here
 6   today and participates is not in any way
 7   waiving the requirement of proper service
 8   which we will of course take care of.
 9        We sent out by Record Trak
10   some documents, one of which was, by way of
11   product identification, the defendants that
12   were sued with Mr. DeVries' initials next to
13   the ones that he recognized on the TURNER.
14        I have some extras.  Everybody
15   should have received copies.  But if for some
16   reason there was like a last minute switch and
17   you got stuck coming here and didn't think you
18   were going to and didn't get the paperwork, I
19   have some extras.  Also, in addition to that,
20   some documents from the National Archives with
21   regard to the ship that Mr. DeVries was on
22   which was the TURNER, USS TURNER which was
23   DD/DDR-834.
24        And, again, I have some, not a
25   lot of extra of those, which also were sent
```

Page 40

1        JOHN B. DeVRIES
2    **Q.**    Upon graduation from Cornell did you
3    then obtain a job?
4    A.    No.
5    **Q.**    What did you do after graduation?
6    A.    The U.S. Navy had sent me to Cornell.
7    At the conclusion of my college I immediately
8    was commissioned an ensign and reported to the
9    USS TURNER.
10   **Q.**    Do you recall the date when you enlisted
11   in the U.S. Navy?
12   A.    Well, properly I entered the Navy before
13   going to Cornell as a midshipman at Cornell.
14   **Q.**    When did you actively join the Navy?
15   A.    June of 1957.  Again, when I reported
16   aboard the USS TURNER.
17   **Q.**    And when were you discharged from the
18   U.S. Navy?
19   A.    June of 1960.
20   **Q.**    Did you serve aboard any other ships or
21   at any other bases aside from the USS TURNER?
22   A.    No.
23   **Q.**    When you were discharged from the Navy
24   in 1960 did you then obtain a job?
25   A.    Yes.

Page 41

1        JOHN B. DeVRIES
2    **Q.**    And where did you work then?
3    A.    Rohm & Haas Company.
4    **Q.**    Do you recall your first -- the date of
5    your first day at Rohm & Haas?
6    A.    No.
7    **Q.**    Would it have been June of 1960?
8    A.    Yes.
9    **Q.**    And for how long did you work at Rohm &
10   Haas?
11   A.    Again, I've given the information to our
12   attorney.
13   **Q.**    We have here a retirement date of
14   December 1, 1992.  Does that sound correct?
15   A.    It sounds probably.
16   **Q.**    What was your position at Rohm & Haas?
17   A.    Sales and marketing.
18   **Q.**    And what types of products or services
19   were you selling and marketing?
20   A.    Plastic materials and plastic additives.
21   **Q.**    Was this a sales and marketing job where
22   you had to leave the DuPont -- or the Rohm &
23   Haas facility or did you always work within
24   the facility?
25   A.    No.  I traveled considerably.

21 (Pages 40 to 41)

Page 64

1      JOHN B. DeVRIES
2    operation of a ship or a Navy vessel?
3    A.   Yes, in the sense of how you would
4    control the ship on the bridge.
5    **Q.**   Did you receive any training regarding
6    any of the engine departments or engine rooms
7    of the ship at Cornell?
8    A.   No.
9    **Q.**   What was your position in the U.S. Navy
10   when you first boarded the USS TURNER?
11   A.   Ensign.
12   **Q.**   Can you describe to those of us and to
13   the jury what an ensign is?
14   A.   Ensign is the lowest commissioned
15   officer in the Navy.
16   **Q.**   And for how long did you serve as an
17   ensign aboard the USS TURNER?
18   A.   I do not recollect when I was promoted
19   to lieutenant JG, but I was a JG for half, at
20   least half the time on the TURNER.
21   **Q.**   And it's my understanding that you
22   served aboard the USS TURNER for approximately
23   three years; is that correct?
24   A.   Three years.
25   **Q.**   So would it be safe to say that you

Page 65

1      JOHN B. DeVRIES
2    spent approximately a year and a half being an
3    ensign?
4    A.   I can't recollect when I was promoted to
5    JG.
6    **Q.**   What are your duties as an ensign aboard
7    the USS TURNER?
8    A.   I was sent to the TURNER as a surplus
9    officer in the engineering division, titled
10   main propulsion assistant.
11   **Q.**   And as a surplus officer in the
12   engineering division what type of duties did
13   you perform?
14   A.   The Engineering Department on the
15   destroyer has the engineer officer, the damage
16   control assistant.  And since the Navy felt
17   that they needed more attention to the main
18   engineering spaces as main propulsion
19   assistant I was in the engineering spaces
20   almost continuously.
21   **Q.**   Were you responsible for performing any
22   mechanical work in the Engineering
23   Departments?
24   A.   I was responsible for overseeing that it
25   was done.

Page 66

1        JOHN B. DeVRIES
2  **Q.**   Would it be safe to say that your duties
3  did not include actual hands-on work with the
4  mechanical equipment; is that correct?
5  A.   Yes.  That's correct.
6  **Q.**   How many Engineering Departments were
7  there aboard the USS TURNER?
8  A.    A destroyer like the TURNER has one
9  Engineering Department, but that --
10         MR. REICH:  Hold on one
11  second.  Were you saying compartment or
12  department?
13         MR. STOKES:  Department.
14         MR. REICH:  Okay.  I'm sorry.
15  Go ahead.
16         THE WITNESS:  But the ship has
17  two engine rooms and two fire rooms.
18  BY MR. STOKES:
19  **Q.**   And as an ensign, were you assigned to
20  one particular engine room or one particular
21  fire room?
22  A.   I was in all, all spaces.
23  **Q.**   So you would have worked in both engine
24  rooms and both fire rooms?
25  A.   Yes.

VERITEXT NATIONAL COURT REPORTING COMPANY
888-777-6690 ~ 215-241-1000 ~ 610-434-8588 ~ 302-571-0510

Page 67

1        JOHN B. DeVRIES
2  **Q.**   Did you work in one particular engine
3  room or one particular fire room with more
4  frequency than the others?
5  A.   Not really.
6  **Q.**   When you became a lieutenant JG, did
7  your duties change?
8  A.   The duties were not related to the rank.
9  **Q.**   What were your duties as a lieutenant
10  JG?
11  A.   By this time I think I was the engineer
12  officer, the department head.
13  **Q.**   What work would you perform as an
14  engineer officer?
15  A.   Supervising.  I add very closely the
16  work of the seamen in the engine rooms and
17  fire rooms.
18  **Q.**   Again, would it be safe to say that your
19  work as an engineer officer did not involve
20  personal mechanical work on any of the
21  equipment aboard the ship?
22  A.   No.
23  **Q.**   That would be safe to say?
24  A.   It was not safe to say that.
25  **Q.**   Okay.  Did your work involve any

VERITEXT NATIONAL COURT REPORTING COMPANY
888-777-6690 ~ 215-241-1000 ~ 610-434-8588 ~ 302-571-0510

34 (Pages 66 to 67)

Page 68

1       JOHN B. DeVRIES
2   personal mechanical work on any of the
3   equipment aboard the ship as an engineer
4   officer?
5   A.   I worked with our people.
6   Q.   But was your work limited to
7   supervision?
8   A.   It was supposed to be.
9   Q.   Were there occasions when you actually
10  had to perform work yourself on the equipment?
11  A.   I had to show people how to.
12  Q.   Now, the USS TURNER, it's my
13  understanding that that ship was built in
14  1945.  Are you aware of that?
15  A.   At the Bath Iron Works.
16  Q.   And at the time of construction that
17  would be the point in time when all the pipe
18  lines would be installed on the ship; is that
19  correct?
20  A.   I believe so.
21  Q.   At the time of construction that would
22  be the time when the equipment was installed
23  aboard the ship; is that correct?
24  A.   I believe so.
25  Q.   Would you have any knowledge of any of

Page 69

1       JOHN B. DeVRIES
2   the maintenance history of the ship or the
3   equipment aboard the ship prior to your
4   boarding in 1957?
5   A.   No.
6   Q.   Would you have any knowledge as to the
7   repair history of any of the equipment aboard
8   the ship prior to your boarding in 1957?
9   A.   I do not have any such knowledge.
10  Q.   Would you have any knowledge as to
11  whether any of the equipment aboard the USS
12  TURNER during the time period you boarded the
13  ship in 1957 was original to the ship when it
14  was constructed in 1945?
15  A.   I have no knowledge.
16  Q.   And would you have any knowledge as to
17  whether any components of any of the equipment
18  aboard the ship at the time that you served on
19  the ship were original to the equipment on the
20  ship?
21  A.   I have no knowledge.
22  Q.   If we were to talk about the engineering
23  compartments was the same work being performed
24  in each of the two engineering compartments?
25  A.   Essentially the same.

Page 70

1          JOHN B. DeVRIES
2    **Q.**   And what type of work is being performed
3    in the engineering compartments?
4    **A.**   First of all, the engine rooms get steam
5    from the boiler rooms to turn turbines that
6    turn the ships through.  There are a myriad of
7    pumps and auxiliaries that have to be
8    repaired, maintained, work -- that meant that
9    I spent a lot of time with the people who were
10   trying to maintain this equipment.
11   **Q.**   Now, you mentioned boilers.  Were the
12   boilers located in a separate room in the
13   engine rooms?
14   **A.**   There were two boiler rooms, two boilers
15   in each room.
16   **Q.**   Did your duties ever take you to the
17   boiler room?
18   **A.**   Yes.
19   **Q.**   You also mentioned turbines.  Where were
20   the turbines located?
21   **A.**   They were in the engine room.
22   **Q.**   Where would the pumps be located?
23   **A.**   All through the spaces.
24   **Q.**   Do you recall any other equipment on
25   which repair or maintenance work was performed

Page 71

1          JOHN B. DeVRIES
2    other than boilers, turbines and pumps?
3    **A.**   Electrical equipment.
4    **Q.**   What type of electrical equipment?
5    **A.**   Generators and switchboards.
6    **Q.**   Aside from boilers, turbines, pumps,
7    generators and switchboards, do you recall any
8    other equipment on which maintenance or repair
9    work was performed?
10   **A.**   In that ship and all ships at that time
11   the Engineering Department maintained
12   everything that operated except the
13   electronics and the armaments.  That would
14   include things like standby diesel generators.
15   **Q.**   Now, when you say except electronics and
16   armaments, you mentioned diesel generators, is
17   it your testimony that it was not your job to
18   oversee the maintenance and repair work on the
19   diesel generators?
20   **A.**   No.  Correct that.  We were responsible
21   for everything including the diesel generator
22   which I mentioned only because they were not
23   in the engine rooms.
24   **Q.**   Where were the diesel generators
25   located?

Page 72

```
1           JOHN B. DeVRIES
2    A.  Now you're testing my memory.
3    Q.  Do you recall where they were located?
4    A.  I can't recall with certainty.
5    Q.  Any other types of equipment that you
6    recall on which maintenance or repair work was
7    performed other than the boilers, the
8    turbines, the pumps, generators, switchboards
9    and diesel generators?
10   A.  Well, there are other auxiliaries also,
11   but --
12   Q.  What do you mean by other auxiliaries?
13   A.  I believe we mentioned that the primary
14   power source -- power generators, electric
15   generators were steam driven.  When I say
16   auxiliaries, I'm thinking of things like
17   condensate pumps, pumps that would cover a
18   multitude of sins.
19   Q.  Any other types of equipment that you
20   recall maintenance or repair work being
21   performed on?
22   A.  I don't recall any at the moment.
23   Q.  Do you recall any types of equipment on
24   which maintenance or repair work was performed
25   in the fire rooms?
```

Page 73

```
1           JOHN B. DeVRIES
2    A.  Yes.
3    Q.  And what types of equipment do you
4    recall in the fire rooms?
5    A.  Pumps, there was blowers.
6    Q.  Any other types of equipment?
7    A.  Steam traps.  Again, I don't recall
8    sitting here.
9    Q.  Let me ask you this.  The USS TURNER,
10   you mentioned that that was a steam driven
11   ship; correct?
12   A.  Correct.
13   Q.  So there would have been steam lines
14   running throughout the ship; is that correct?
15   A.  The steam lines for power were limited
16   to the boiler room serving an engine room.  So
17   that meant two pairs.
18   Q.  Would there also be pipe lines running
19   throughout the ship taking the heat and hot
20   water throughout the ship?
21   A.  There would be hot water service, fresh
22   water service.
23   Q.  I heard before people say that there are
24   miles and miles of pipe line aboard a ship.
25           MS. McGARRITY:  Objection,
```

37 (Pages 72 to 73)

Page 74

```
1              JOHN B. DeVRIES
2    form.
3              THE WITNESS:  There's piping
4    throughout the ship.
5    BY MR. STOKES:
6    Q.    And is the majority of that piping
7    insulated to your recollection?
8              MS. McGARRITY:  Objection,
9    form.
10             MR. REICH:  You can answer
11   that.
12             THE WITNESS:  Please repeat
13   it.
14   BY MR. STOKES:
15   Q.    Is the majority of that piping on the
16   ship insulated?
17             MS. McGARRITY:  Objection,
18   form.
19             THE WITNESS:  Yes.
20   BY MR. STOKES:
21   Q.    Do you recall instances when any work
22   was performed on the pipe insulation in your
23   vicinity?
24   A.    There was work done on the pipe
25   insulation.
```

Page 75

```
1              JOHN B. DeVRIES
2    Q.    And when the work was performed on the
3    pipe insulation was dust created?
4              MS. McGARRITY:  Objection,
5    form.
6              THE WITNESS:  Yes.
7    BY MR. STOKES:
8    Q.    Did you breathe in that dust?
9              MS. McGARRITY:  Objection.
10             THE WITNESS:  Much of that
11   piping I didn't have to have responsibility
12   for, so I didn't see the dust from those,
13   those repairs like I did from the insulation
14   in the main engineering spaces.
15   BY MR. STOKES:
16   Q.    In the main engineering spaces, I think
17   you said there were steam lines running
18   throughout those compartments; is that
19   correct?
20   A.    The steam was conveyed to the turbine.
21   Q.    And the steam lines in the engineering
22   compartments they were insulated; is that
23   correct?
24             MS. McGARRITY:  Objection,
25   form.
```

Page 76

```
 1         JOHN B. DeVRIES
 2         THE WITNESS:  Certainly, but
 3   they were short.
 4   BY MR. STOKES:
 5   Q.   Do you recall instances when work was
 6   performed on the insulation on those steam
 7   lines?
 8              MS. McGARRITY:  Objection.
 9              THE WITNESS:  I don't recall,
10   but --
11   BY MR. STOKES:
12   Q.   What work, if any, do you recall being
13   performed on the boilers?
14   A.   I can't answer the question because
15   there was a lot of different work done on the
16   boilers a lot of different times by different
17   organizations.
18   Q.   What type of work do you recall being
19   performed in your vicinity?
20   A.   Some of the boilers had to be opened up,
21   tubes cleaned.  The slag between the tubes had
22   to be cut out.
23   Q.   Do you know if any of the work on the
24   boilers involved the use of asbestos-
25   containing materials?
```

Page 77

```
 1         JOHN B. DeVRIES
 2   A.   Insulation.  And when it was removed it
 3   was dusty.
 4   Q.   And when you say insulation, is this
 5   exterior insulation on the boilers?
 6   A.   Yes.
 7   Q.   Whose job was it to perform the
 8   maintenance or repair work on the boilers?
 9   A.   If it was done by ship's company,
10   sometimes if it was done by a Navy Yard or a
11   destroyer tender sometimes.  In all cases I
12   had to be present and involved in it.
13   Q.   Do you recall or do you know who
14   manufactured any of the boilers aboard the USS
15   TURNER?
16   A.   I remember they were Babcock and Wilcox
17   express boilers, 600 pound steam.
18   Q.   Do you recall any writing on any of that
19   exterior insulation?
20   A.   I saw no writing on the exterior
21   insulation.
22   Q.   Based on that would you know who
23   manufactured any of the insulation on the
24   boilers?
25   A.   I have -- no.
```

39 (Pages 76 to 77)

Page 78

```
1          JOHN B. DeVRIES
2    Q.   By looking at that insulation is there
3    any way for you to testify today that that
4    insulation in fact did contain asbestos?
5    A.   I have no -- say the question again so I
6    say it -- answer it right.
7    Q.   Is there any way for you to testify
8    today that that insulation did in fact contain
9    asbestos?
10         MS. McGARRITY:  Objection,
11   form.
12         THE WITNESS:  No.
13   BY MR. STOKES:
14   Q.   Do you associate asbestos with any other
15   materials through work on the boilers?
16         MR. REICH:  Objection to the
17   form.  I don't quite understand the way it's
18   worded.
19   BY MR. STOKES:
20   Q.   You told us about the insulation.  Do
21   you associate asbestos with any other products
22   through work on the boilers?
23   A.   Work on the boilers involved the
24   blowers, involved pumps.  All of these had
25   insulation.
```

Page 79

```
1          JOHN B. DeVRIES
2    Q.   And what do you mean when you say the
3    leads?
4    A.   I said all of these.
5    Q.   All of these.  I'm sorry.  Do you recall
6    any work being performed in your vicinity on
7    any of the turbines?
8    A.   Yes.
9    Q.   And what work was performed on the
10   turbines in your vicinity?
11   A.   I can't answer what was done when, but
12   the turbines were opened up to check thrust
13   bearings.  They were opened up to check the --
14   actually not the turbines, but the reduction
15   gears were opened up to check the gears.  And
16   in at least one case I very -- I can remember
17   very well we had to replace a part.
18   Q.   Do you recall what part was replaced on
19   the turbine?
20   A.   I don't recall the part, but we were in
21   Monte Carlo at holiday time and I couldn't
22   leave the ship when the turbine was opened.
23   The part was replaced by having a cruiser, I
24   believe, up the coast machine a new part for
25   us.
```

40 (Pages 78 to 79)

Page 80

```
 1        JOHN B. DeVRIES
 2   Q.   Whose job was it to perform work on the
 3   turbines?
 4   A.   Well, it would be a machinist mate's
 5   job, but, believe me, I was on top of whoever
 6   did the work.  That was the -- that was
 7   necessary.
 8   Q.   Do you know if any of the work on the
 9   turbines involved the use of asbestos-
10   containing products?
11   A.   The turbines were insulated.
12   Q.   And, again, is this the exterior
13   insulation?
14   A.   This was exterior insulation.
15   Q.   Do you recall any writing on that
16   insulation?
17   A.   None.
18   Q.   Do you know who manufactured any of the
19   insulation?
20   A.   I do not.
21   Q.   And as you sit here today, do you have
22   any personal knowledge that that exterior
23   insulation did in fact contain asbestos?
24   A.   I have no knowledge that it contained
25   asbestos.
```

Page 81

```
 1        JOHN B. DeVRIES
 2   Q.   Do you know who manufactured any of the
 3   turbines aboard the USS TURNER?
 4   A.   General Electric.
 5        THE VIDEOTAPE OPERATOR:
 6   Excuse me, counselor.  There's five minutes
 7   left on the video.
 8        MR. STOKES:  Thank you.
 9   BY MR. STOKES:
10   Q.   Do you recall if any maintenance or
11   repair work was performed in your vicinity
12   around any of the steam -- steam generators?
13   A.   What do you mean by steam generators?
14   Q.   I believe you testified that there were
15   steam generators aboard the ship?
16   A.   Well, that's a boiler.
17   Q.   Okay.  So a boiler and a steam generator
18   are the same thing?
19   A.   I don't remember where steam generator
20   came into our conversation.
21   Q.   Okay.  I'm sorry.  Maybe I misheard you.
22   In any event, the boilers you testified they
23   were all manufactured by Babcock and Wilcox;
24   correct?
25   A.   Correct.
```

Page 82

1       JOHN B. DeVRIES
2           MR. REICH:  Perhaps he was
3   talking about the electrical generators --
4           MR. STOKES:  Okay.
5           MR. REICH:  -- when he was
6   talking.
7   BY MR. STOKES:
8   **Q.**   Do you know if any repair or maintenance
9   work was performed on the electrical
10  generators in your vicinity?
11  A.   Yes.
12  **Q.**   And what type of work was performed on
13  the electrical generators?
14  A.   The steam -- the steam ends had to be
15  repacked.  The electrical ends had to have
16  parts replaced.
17  **Q.**   Where was the repacking work performed
18  on the generator?
19  A.   It was either on the ship or in a Navy
20  Yard it might have been removed.
21  **Q.**   Where specifically, though, on the
22  generator does the repacking work take place?
23  A.   Wherever there's a possibility of a
24  leak, I guess.
25  **Q.**   Do you recall any other work aside from

Page 83

1       JOHN B. DeVRIES
2   the repacking of the generators?
3   A.   And replacement of electrical parts.
4   **Q.**   Do you know if your supervision of the
5   work performed on the electrical generators
6   involved the use of any asbestos-containing
7   products?
8   A.   I believe, I know that the insulating
9   materials in the electrical end was a, I
10  guess, a phenolic resin reinforced with
11  asbestos.
12          THE VIDEOTAPE OPERATOR:  The
13  time is 11:49.  We're going off the video
14  record.  This concludes disc number one.
15          MR. STOKES:  We just have to
16  switch the tapes.
17          THE VIDEOTAPE OPERATOR:  The
18  time is 11:51.  We are back on the video
19  record.  This begins disc two of the discovery
20  deposition of John B. DeVries.
21  BY MR. STOKES:
22  **Q.**   Mr. DeVries, when we just left off there
23  you mentioned insulation and phenolic resin
24  associated with the electrical generators.  Do
25  you recall that testimony?

Page 84

1        JOHN B. DeVRIES
2    A.   Yes.
3    Q.   The insulation, is this again the
4    exterior insulation?
5    A.   The insulation is both the insulation on
6    the electrical parts and the exterior
7    insulation on the steam end.
8    Q.   The exterior insulation on the steam
9    end, do you recall any writing on that
10   product?
11   A.   No.
12   Q.   Do you know who manufactured any of the
13   exterior insulation on the steam end?
14   A.   No.
15   Q.   Do you have any personal knowledge that
16   any of the exterior insulation on the steam
17   end contained asbestos?
18   A.   No.
19   Q.   Where was the phenolic resin located in
20   association with the electrical equipment?
21   A.   As part of the electrical equipment as
22   the insulator.
23   Q.   And earlier you mentioned switchboards
24   as an electrical product?
25   A.   Yes, sir.

Page 85

1        JOHN B. DeVRIES
2    Q.   Is that the electrical equipment we're
3    talking about right now?
4    A.   No.
5    Q.   Okay.  What types of electrical
6    equipment are you speaking of in relation to
7    the electrical generators?
8    A.   I'm speaking of the generating portion,
9    the electric generating portion of the
10   generator.
11   Q.   Do you know the names of any of the
12   electrical components associated with that
13   electrical system?
14   A.   No.
15   Q.   Do you recall any writing on the
16   phenolic resin for any of this electrical
17   equipment?
18   A.   No.
19   Q.   Do you know who manufactured any of the
20   phenolic resin for the electrical equipment?
21   A.   No.
22   Q.   Do you have any personal knowledge that
23   any of the phenolic resin did in fact contain
24   asbestos?
25   A.   No, other than it is general -- it was

Page 86

1       JOHN B. DeVRIES
2   generally known at the time that these resins
3   whether phenolic or phenolic -- well, these
4   resins were reinforced with asbestos.
5   **Q.**   Where did you gain that knowledge?
6   A.   Textbooks.
7   **Q.**   When did you read those textbooks?
8   A.   Well, I guess at Cornell.
9   **Q.**   Do you know if any testing was ever
10  performed on the phenolic resins associated
11  with these specific generators?
12  A.   I do not.
13  **Q.**   Aside from what you read in the
14  textbooks, do you know if these specific
15  resins associated with these generators did in
16  fact contain asbestos?
17  A.   Please say again.
18  **Q.**   Aside from what you have read in those
19  textbooks years prior, do you know for a fact
20  that these phenolic resins associated with the
21  generators on the USS TURNER did contain
22  asbestos?
23  A.   No.
24  **Q.**   Was any work performed with these
25  phenolic resins aboard the ship?

Page 87

1       JOHN B. DeVRIES
2   A.   On parts or replaced, they had to be
3   disassembled since usually they were burned,
4   scraped out and a new part put in.
5   **Q.**   Would you have any knowledge as to when
6   the phenolic resins that were removed during
7   your time period at the ship were actually
8   installed on the ship?
9   A.   No.
10  **Q.**   And you wouldn't know who had installed
11  those phenolic resins; is that correct?
12  A.   That is correct.
13  **Q.**   And you wouldn't know if those phenolic
14  resins were original to the electrical
15  equipment; is that correct?
16  A.   That is correct.
17  **Q.**   Do you recall the manufacturer or
18  manufacturers of any of the electrical
19  generators aboard the ship?
20  A.   I am uncertain.
21  **Q.**   Do you recall --
22       MR. REICH:  Would it help you
23  to look at your -- the caption to your
24  Complaint?
25       THE WITNESS:  Well, it might.

Page 88

```
 1          JOHN B. DeVRIES
 2  The manufacturers of those generators were GE
 3  or Westinghouse.
 4          MR. KATTNER:  Objection.
 5  BY MR. STOKES:
 6  Q.   Do you know the manufacturer or
 7  manufacturers of any of the electrical
 8  equipment associated with these generators?
 9  A.   Other than they came as a package.
10  Q.   And when you say came as a package, you
11  are talking about came as a package with the
12  generators?
13  A.   The generating unit was a package.
14  Q.   And would those be the same
15  manufacturers you have just mentioned for the
16  generators?
17  A.   I believe so.
18          MR. KATTNER:  Same objection.
19  BY MR. STOKES:
20  Q.   Do you recall any repair or maintenance
21  work being performed in your vicinity on any
22  of the diesel generators?
23  A.   I -- no.
24  Q.   Now, one of the products you mentioned
25  were pumps.  There were various pumps aboard
```

Page 89

```
 1          JOHN B. DeVRIES
 2  the ship; is that correct?
 3  A.   Numerous, numerous pumps.
 4  Q.   Can you estimate the total number of
 5  pumps aboard the ship?
 6  A.   No.
 7  Q.   There were various applications for
 8  these pumps; is that correct?
 9  A.   Yes.
10  Q.   Various sizes of these pumps; is that
11  correct?
12  A.   Yes.
13  Q.   Pumps would be used on hot applications;
14  is that right?
15  A.   Yes.
16  Q.   And they would also be used on cold
17  applications?
18  A.   Yes.
19  Q.   There would be pumps that were used on
20  the steam end of the ship; is that right?
21  A.   Yes.
22  Q.   As well as on the water end of the ship;
23  is that correct?
24  A.   Yes.
25  Q.   You'd also have pumps for such things as
```

Page 120

1         JOHN B. DeVRIES
2   You just prefer it that way so that he doesn't
3   remember to come back to those areas.  But go
4   ahead.  You can ask your question.
5   BY MR. STOKES:
6      Q.   Did you ever wear any respirators or
7   breathing protection aboard the USS TURNER?
8      A.   Never.
9      Q.   Were any respirators or breathing
10  protection supplied or available for you
11  aboard the USS TURNER?
12     A.   Not to my knowledge.
13     Q.   Were crew members permitted to smoke
14  cigarettes aboard the USS TURNER?
15     A.   Yes.
16     Q.   Did crew members smoke cigarettes aboard
17  the USS TURNER?
18     A.   When the smoking lamp was lit, yes.
19     Q.   How often was the smoking lamp lit?
20     A.   I do not know.  Do not remember.  I
21  don't smoke, didn't smoke, so it mattered --
22     Q.   When you were working in these
23  engineering compartments and fire rooms, were
24  there other workers who were smoking
25  cigarettes in your vicinity?

VERITEXT NATIONAL COURT REPORTING COMPANY
888-777-6690 ~ 215-241-1000 ~ 610-434-8588 ~ 302-571-0510

Page 121

1         JOHN B. DeVRIES
2      A.   I don't remember.
3      Q.   Were you ever present while others
4   smoked cigarettes in your vicinity aboard the
5   USS TURNER?
6      A.   Yes.
7      Q.   Would that happen on a daily basis?
8      A.   I don't remember.
9      Q.   What other duties did you have aboard
10  the USS TURNER aside from supervision in the
11  engineering compartments?
12     A.   Other than being the engineer officer or
13  main propulsion assistant, I had one other
14  duty.  I was the crew's favorite defense
15  counsel in court, you know, minor
16  court-martials.
17     Q.   How often did you perform those duties?
18     A.   Too frequently is the right answer.  I
19  don't recollect how many times.
20     Q.   Would that take you away from your usual
21  duties of supervision in the engineering
22  spaces?
23     A.   No significant.
24     Q.   Sir, have we now discussed all of the
25  products and all of the manufacturers that you

VERITEXT NATIONAL COURT REPORTING COMPANY
888-777-6690 ~ 215-241-1000 ~ 610-434-8588 ~ 302-571-0510

61 (Pages 120 to 121)

Page 152

1        JOHN B. DeVRIES
2   BY MR. STOKES:
3   Q.   Mr. DeVries, we're on the second page of
4   Exhibit 1 here.  It looks like the next entity
5   where you have your initials noted is Aurora
6   Pump.  Do you see that?
7   A.   I see it.
8   Q.   Why did you place your initials next to
9   Aurora Pump?
10  A.   I recognize the name Aurora.
11  Q.   And do you know if you worked with or
12  around any products that were manufactured by
13  Aurora?
14  A.   I cannot say that any Aurora pumps were
15  on the TURNER.
16  Q.   The next one here is Bell &
17  Gossett/Domestic Pump.  Why did you place your
18  initials next to the name?
19  A.   Again, I have seen Bell & Gossett pumps
20  many places in my life and I recognize the
21  name.  And, again, I can't say whether any of
22  these pumps were on the TURNER.
23  Q.   Moving on here we have Buffalo Pumps,
24  Inc.  Why did you place your initials next to
25  that name?

Page 153

1        JOHN B. DeVRIES
2   A.   Because they had a lot of pumps on the
3   TURNER.
4   Q.   Okay.  We can flip to the next page
5   here.
6            MR. REICH:  That's all you are
7   going to do, just to see if he knows?
8            MR. STOKES:  I'll let somebody
9   else follow up on that.
10           MR. REICH:  Okay.
11  BY MR. STOKES:
12  Q.   And you have your initials -- I'm not
13  sure which entity it's next to.  Do you see
14  your initials at the top of the page?
15  A.   Westinghouse.
16  Q.   Okay.  Westinghouse.  I think you
17  already mentioned Westinghouse earlier today?
18  A.   I've mentioned Westinghouse earlier.
19  Q.   Moving down, we have here
20  Cleaver-Brooks, Inc., A Division of Aqua-Chem.
21  Why did you place your initials next to that
22  name?
23  A.   They have made auxiliary boilers.
24  Q.   Do you know if you ever worked with or
25  around any auxiliary boilers by Cleaver-Brooks

Page 154

1         JOHN B. DeVRIES
2    or Aqua-Chem?
3    A.   I cannot say that Cleaver-Brooks had
4    anything on the TURNER.
5    Q.   And do you know if you worked with or
6    around any Cleaver-Brooks auxiliary boiler at
7    any point in your life?
8    A.   I've seen them, not worked around them.
9    Q.   Do you know if -- strike that.  Based on
10   that, would it be safe to say that you have no
11   testimony that you were ever in the vicinity
12   of work performed on any asbestos-containing
13   component associated with the Cleaver-Brooks
14   boiler?  Would that be correct?
15   A.   Yes.
16   Q.   Moving onto the next page, we have
17   Foster Wheeler.  Why did you place your
18   initials next to that name?
19   A.   I believe Foster Wheeler produced the
20   condensers used on the TURNER.
21   Q.   Moving down we have General Electric
22   Company.  And I believe you already mentioned
23   GE?
24   A.   I have mentioned GE.
25   Q.   We can flip the page and actually we can
     VERITEXT NATIONAL COURT REPORTING COMPANY
     888-777-6690 ~ 215-241-1000 ~ 610-434-8588 ~ 302-571-0510

Page 155

1         JOHN B. DeVRIES
2    skip the next page and go to the last page
3    here.  And it looks like the first name you
4    have your initials next to is Weil-McLain.  Do
5    you see that?
6    A.   Well, really it's Warren Pumps, Warren
7    Pumps.  I was doing this on my lap and it
8    floated around a bit.  And, yes, Warren had a
9    bunch of pumps on the TURNER.
10   Q.   So you don't associate Weil-McLain with
11   any products; is that correct?
12        MR. REICH:  Well, wait a
13   minute.  He's just answering about Warren
14   Pumps which came above Weil-McLain.  So he
15   hadn't gotten to the Weil-McLain yet.  So it's
16   not fair of you to ask it that way.
17        MR. TURLIK:  I'm going to
18   object.  And, Alan, you have to speak into the
19   mike when you do it.
20        MR. REICH:  Okay.  I keep
21   forgetting that the microphone I have is only
22   for the video.  I don't have a microphone in
23   front of me.
24   BY MR. STOKES:
25   Q.   Mr. DeVries, you testified that your
     VERITEXT NATIONAL COURT REPORTING COMPANY
     888-777-6690 ~ 215-241-1000 ~ 610-434-8588 ~ 302-571-0510

McSHEA LAW FIRM, P.C.
BY:     JOHN P. MCSHEA
Pa. Atty. ID No. 34562
BY:     CONRAD O. KATTNER
Pa. Atty. ID No. 35468
Three Logan Square
1717 Arch Street, 28th Floor
Philadelphia, PA 19103
(215) 599-0800/Phone
(215) 599-8888/Facsimile

**Counsel for Defendants,
CBS Corporation, and
General Electric Company**

| | |
|---|---|
| JOHN B. DeVRIES and<br>ROBERTA G. DeVRIES, h/w<br>4506 Brian Hill West<br>Lafayette Hill, PA  19444<br><br><br>Plaintiffs,<br><br>v.<br><br><br>GENERAL ELECTRIC COMPANY<br>c/o C.T. Corporation System<br>116 Pine Street, Suite 320<br>Harrisburg, PA 17101<br><br>CBS CORPORATION, a Delaware<br>Corporation, f/k/a Viacom, Inc., successor by<br>merger to CBS Corporation, a Pennsylvania<br>Corporation, f/k/a Westinghouse Electric<br>Corporation<br>600 Grant Street, 44th Floor<br>Pittsburgh, PA 15219<br><br>ALLEN-BRADLEY COMPANY<br>8040 Excelsior Drive, Suite 200<br>Madison, WI, USA 53717<br><br>ALLEN-SHERMAN-HOFF<br>457 Creamery Way<br>Exton, PA  19341<br><br>AMTICO<br>Division of American Biltrite<br>57 River Street<br>Wellsley Hills, MA  02181 | PHILADELPHIA COURT<br>OF COMMON PLEAS - CIVIL<br><br>APRIL TERM, 2011<br>No. 1334<br><br>Asbestos Case |

AURORA PUMP
c/o Lynette Jones
13515 Ballantyne Corporate Place
Charlotte, NC  28277

AZROCK INDUSTRIES, INC.
CT Corporation Systems
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

BAYOR CROPSCIENCE, INC., as
Successor to Amchem Products, Inc.
1 TW Alexaneer Drive
Research Triangle Park, NJ  27709

BEAZER EAST (f/k/a Koppers)
c/o Three Rivers Management
Manor Oak One, Suite 200
1910 Cochrane Road
Pittsburgh, PA  15220

BELL & GOSSETT/DOMESTIC PUMP
8200 N. Austin Avenue
Morton Grove, IL  60053

BF GOODRICH COMPANY
2730 W. Tyvola Road
Charlotte, NC  28217-4543

BRYANT HEATING AND COOLING
7310 W. Morris Street
Indianapolis, IN  46231

BUFFALO PUMPS, INC.
874 Oliver Street
North Tonawanda, NY  14120

BW/IP, INC.
c/o Flow Service Corporation
5215 N. O'Connor Blvd., Suite 2300
Irving, TX  75039

BRAND INSULATION, INC.
c/o CT Corp System
116 Pine Street, Suite 320
Harrisburg, PA  17101

BURNHAM LLC
1239 Harrisburg Pike
Lancaster, PA  17604

CERTAIN-TEED CORPORATION
750 E. Swedesford Road
Valley Forge, PA  19481

CHICAGO DRYER
2200 N. Pulaski Road
Chicago, IL  60639

CLARK CONTROLLER CO.
c/o GTE Products Corporation
100 Endicott Street
Danvers, MA  01923

CLEAVER BROOKS, INC.
11950 West Lake Park Drive
Milwaukee, WI  53244

COPES VULCAN
5620 West Road
McKean, PA  16426

CRANE CO.
100 First Stamford Place
Stamford, CT  06902

CROUSE-HINDS
n/k/a Cooper Crouse-Hinds
P.O. Box 4999
Syracuse, NY  13221

CROWN CORK AND SEAL CO., INC.
(Successor to Mundet Cork Company)
One Crown Way
Philadelphia, PA  19154-4599

DAL-TILE
7834 C.F. Hawn Freeway
Dallas, TX  75217

DENISON INTERNATIONAL
14249 Industrial Park
Marysville, OH  43040

DOVER CORPORATION
280 Park Avenue
New York, NY  10017

EDWARDS VALVE
k/n/a Flowserve
5215 N. O'Connor Blvd., Suite 2300
Irvin, TX  75039

ELLIOT GROUP U.S. HEADQUARTERS
a/k/a Elliot Turbines
901 N. Fourth Street
Jeannette, PA  15644

FOSTER-WHEELER LLC
Perryville Corporate Park
Route 78 at Frontage
P.O. Box 4000
Clinton, NJ  08009-4000

GARDNER-DENVER-JOY
COMPRESSORS
Attn:  Marec Edgard
1500 Liberty Ridge Drive, Suite 3000
Chesterbrook, PA  19087

GLASGOW, INC.
104 Willow Grove Avenue
Glenside, PA  19038

GOODYEAR CANADA
450 Kipling Avenue
Toronto, ON Canada  M8Z5E7

GOODYEAR TIRE & RUBBER CO.
Corporation Service Co.
2711 Centerville Road, Suite 400
Wilmington, DE  19808

GREENE TWEED & COMPANY
Detweiler Road
Kulpsville, PA  1943

GUARD LINE, INC.
202 Loop 59 N.
P.O. Box 1030
Atlanta, TX  7551-1030

HAMPSHIRE INDUSTRIES
320 We. 24th
Baltimore, MD  21211

HARNISCHFEGER CORP.
c/o CT Corp.
1209 Orange Street
Wilmington, DE  19801

HENKLES AND McCOY, INC.
985 Jolly Road
Blue Bell, PA  19422

HOMASOTE
932 Lower Ferry Road
Trenton, NJ  08628

INGERSOLL-RAND COMPANY
c/o CT Corporation Systems
116 Pine Street, Suite 320
Harrisburg, PA  17101

INSUL CORPORATION
c/o Joni Mangino
Zimmer & Kunz, P.C.
3300 USX Tower
Pittsburgh, PA  15219

J.A. SEXAUER
570 Taxter Road, Suite 230
Elmsford, NY  10523

J.J. WHITE, INC.
5500 Bingham Street
Philadelphia, PA  19120

JAMES D. MORRISSEY, INC.,
Attn:  Roy C. Aguero
9119 Frankford Avenue
Philadelphia, PA  19114-2854

METROPOLITAN LIFE INS. CO.
27 - 01 Queens Plaza North
Long Island City, NY  11101

MINNESOTA MINING &
MANUFACTURING
3M Center
St. Paul, MN  55144

NOSROC CORPORATION
c/o CT Corporation Systems
116 Pine Street, Suite 320
Harrisburg, PA  17101

OWENS-ILLINOIS, INC.
Attn: A/P Dept., Plaza One
One Michael Owens Way
Perrysburg, OH  43551

PECORA CORPORATION
165 Wambold Road
Harleysville, PA  19438

RAPID-AMERICAN CORPORATION
Prentice Hall Corporation System
2711 Centerville Road, Suite 400
Wilmington, DE  19808

FILEY STOKER CORPORATION
N. 9 Neponset Street
Worcester, MA  01606

SEPCO CORPORATION
c/o CT Corporation Systems
350 N. St. Paul Street
Dallas, TX  75201

UNITED CONVEYOR CORPORATION
2100 Norman Drive West
Waukegan, IL  60085

UNIVERSAL REFRACTORIES
Division of Theim Corp.
c/o Three Rivers Management
1910 Cochran Road
Pittsburgh, PA  15220

WARREN PUMPS
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

WEL McLAIN, a Division of The Marley
Company, A Wholly Owned Subsidiary of
United Dominion Industries, Inc.
500 Blaine Street
Michigan City, IN  46360

YARWAY CORP.
f/k/a Yarnall-Waring Company
c/o CT Corporation Systems
116 Pine Street, Suite 320
Harrisburg, PA  17101

ZURN INDISTRIES, LLC
c/o CT Corp.
116 Pine Street, #320
Harrisburg, PA  17101

                    Defendants.

## NOTICE OF NOTICE OF REMOVAL

TO:   Plaintiffs, John B. DeVries and Roberta G. DeVries, by and through their attorney
      of record:

         Please take notice that the above-captioned civil action, in which you are named

as plaintiff, brought in the Philadelphia Court of Common Pleas, has been removed from

that Court to the United States District Court for the Eastern District of Pennsylvania,

effective today, on the date below.  On this day a Notice of Removal, a copy of which

(without exhibits) is attached, was filed with the clerk of the United States District Court,

and a copy of that Notice of Removal has been filed with the clerk of the state court,

effecting removal pursuant to 28 U.S.C. § 1446.

Respectfully submitted,

Dated:  January 25, 2013

   /s/  John P. McShea
John P. McShea
Conrad O. Kattner
McSHEA LAW FIRM, P.C.
Three Logan Square - 28th Floor
1717 Arch Street
Philadelphia, PA 19103
(215) 599-0800

*Attorneys for Defendants,*
*General Electric Company and*
*CBS Corporation, successor to*
*Westinghouse Electric Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded on the date below to all known counsel of record by electronic filing with the Philadelphia Court of Common Pleas, including:

Robert E. Paul, Esq.
PAUL, REICH & MYERS, P.C.
1608 Walnut Street, Suite 500
Philadelphia, PA 19103

*Counsel for Plaintiffs*

And

All Known Defense Counsel

Dated:   January 25, 2013

　/s/　John P. McShea
John P. McShea
Conrad O. Kattner
McSHEA LAW FIRM, P.C.
Three Logan Square - 28th Floor
1717 Arch Street
Philadelphia, PA 19103
(215) 599-0800

*Attorneys for Defendants,*
*General Electric Company and*
*CBS Corporation, successor to*
*Westinghouse Electric Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January 2013, a true and correct copy of the foregoing instrument has been forwarded to plaintiffs' counsel, *via e-mail and e-filing*, and to all known counsel of record, *via e-filing*, in compliance with the Pennsylvania Rules of Civil Procedure:

Robert E. Paul, Esq.
PAUL, REICH & MYERS, P.C.
1608 Walnut Street, Suite 500
Philadelphia, PA 19103

*Counsel for Plaintiffs*

**Via E-Filing**

All Known Defense Counsel

       /s/ John P. McShea
       John P. McShea