IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN B. DEVRIES, ET AL.     :    CONSOLIDATED UNDER
                         :    MDL 875
     v.                :
                         :
GENERAL ELECTRIC COMPANY,   :    E.D. PA CIVIL ACTION NO.
ET AL.                  :    5:13-00474-ER
                         :

**O R D E R**

**AND NOW**, this **7th** day of **July, 2021,** upon consideration of the motions for summary judgment filed by Defendants General Electric Company and CBS Corporation (ECF Nos. 395 and 396) and the responses and replies thereto, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the motions are **GRANTED.**

It is further **ORDERED** that:

1.    GE's motion to preclude the testimony of Dr. Arthur Frank (ECF No. 418), GE's motion to file a reply to the motion to exclude (ECF No. 422), and CBS's motion to join the motion to preclude (ECF No. 421) are **DENIED as moot;** and

2.    Plaintiffs shall file a status report identifying any remaining Defendants by **July 22, 2021.**

      **AND IT IS SO ORDERED.**

                         **/s/ Eduardo C. Robreno**
                         **EDUARDO C. ROBRENO, J.**