```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

JOHN B. DEVRIES, ET AL.       :   CONSOLIDATED UNDER
                              :   MDL 875
    v.                        :
                              :
GENERAL ELECTRIC COMPANY,     :   E.D. PA CIVIL ACTION NO.
ET AL.                        :   5:13-00474-ER

## O R D E R

**AND NOW,** this **11th** day of **January, 2022,** it having been reported that the remaining Defendants have settled with Plaintiff, it is hereby **ORDERED** that the case is **DISMISSED** and shall be marked as **CLOSED.**

    **AND IT IS SO ORDERED.**

                                        **/s/ Eduardo C. Robreno**
                                        **EDUARDO C. ROBRENO,   J.**